# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL KUMAR, PH. D., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>JOLENE KOESTER, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–07550–RGK–MAA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __10/25/2022__

Document No.:   __15 – 34__

Title of Document:   __Proof of Services of Summons and Complaint__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Service of Summons and Complaint Returned Executed (21 days) – under Category – Service/Waivers of Summons and Complaints

Summons Returned Unexecuted event utilized in docketing this filing. Counsel shall use the SEARCH function on the CM/ECF toolbar for events if you are unsure of the events to use

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _October 27, 2022_        By:  _/s/ Jenny Lam  Jenny_Lam@cacd.uscourts.gov_
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Case 2:22-cv-07550-RGK-MAA Document 37 Filed 10/27/22 Page 2 of 2 Page ID #:207

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.