RICHARD A. PAUL (SBN 57976)
rpaul@paulplevin.com
JEFFREY P. MICHALOWSKI (SBN 248073)
jmichalowski@pauplevin.com
MATTHEW W. BURRIS (SBN 325569)
mburris@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, LARRY L. ADAMSON, DIANA AGUILAR-CRUZ, DIEGO ARAMBULA, JACK B. CLARKE JR., ADAM DAY, DOUGLAS FAIGIN, JEAN P. FIRSTENBERG, WENDA FONG, LESLIE GILBERT-LURIE, LILLIAN KIMBELL, MARIA LINARES, JULIA I. LOPEZ, JACK MCGRORY, ANNA ORTIZ-MORFIT, YAMMILETTE RODRIGUEZ, ROMEY SABALIUS, LATEEFAH SIMON, CHRISTOPHER STEIN HAUSER, and JOSE ANTONIO VARGAS, in their official capacities as trustees of California State University,<br><br>Defendants. | Case No. 2:22-cv-07550-RGK-MAA<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(**Local Rule 7.1-1**)<br><br>Judge:    R. Gary Klausner<br>Trial Date:  Not Set |

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

1

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Defendants Dr. Jolene Koester, in her official capacity as Chancellor of California State University; and Larry L. Adamson, Diana Aguilar-Cruz, Diego Arambula, Jack B. Clarke Jr., Adam Day, Douglas Faigin, Jean P. Firstenberg, Wenda Fong, Leslie Gilbert-Lurie, Lillian Kimbell, Maria Linares, Julia I. Lopez, Jack McGrory, Anna Ortiz-Morfit, Yammilette Rodriguez, Romey Sabalius, Lateefah Simon, Christopher Steinhauser, and Jose Antonio Vargas, in their official capacities as trustees of California State University, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluated possible disqualification or recusal.

**Interested Parties**

The Board of Trustees of California State University is the employer of Chancellor Koester, and is the governing body of which the trustee defendants are part. California State University is providing defense and may provide indemnity to all defendants.

Dated: December 21, 2022  PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: */s/ Matthew W. Burris*
JEFFREY P. MICHALOWSKI
MATTHEW W. BURRIS
Attorneys for Defendants