```
 1  JOHN J. SHAEFFER (SBN 138331)
    JShaeffer@FoxRothschild.com
 2  FOX ROTHSCHILD LLP
    Constellation Place
 3  10250 Constellation Blvd, Suite 900
    Los Angeles, CA 90067
 4  Telephone: 310.598.4150
    Facsimile: 310.556.9828
 5
    MICHAEL K. TWERSKY (pro hac vice)
 6  MTwersky@FoxRothschild.com
    BETH WEISSER (pro hac vice)
 7  BWeisser@FoxRothschild.com
    980 Jolly Road., Suite 110
 8  Blue Bell, PA 19422
    Telephone: (215) 299-2923
 9  Facsimile: (610) 397-0450

10  Attorneys for Plaintiffs

11  [Additional Counsel Listed on Next Page]
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D., | Case No. 2:22-cv-07550-RGK-MAA |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF TRUSTEE DEFENDANTS** |
| v. | Judge: R. Gary Klausner |
| DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, LARRY L. ADAMSON, DIANA AGUILAR-CRUZ, DIEGO ARAMBULA, JACK B. CLARKE JR., ADAM DAY, DOUGLAS FAIGIN, JEAN P. FIRSTENBERG, WENDA FONG, LESLIE GILBERT-LURIE, LILLIAN KIMBELL, MARIA LINARES, JULIA I. LOPEZ, JACK MCGRORY, ANNA ORTIZ-MORFIT, YAMMILETTE RODRIGUEZ, ROMEY SABALIUS, LATEEFAH SIMON, CHRISTOPHER STEIN HAUSER, and JOSE ANTONIO VARGAS, in their official capacities as trustees of California State University, | Trial Date: Not Set |
| Defendants. | |

---

143131541.1                    STIPULATION AND [PROPOSED] ORDER

1  RICHARD A. PAUL (SBN 57976)
   rich.paul@quarles.com
2  JEFFREY P. MICHALOWSKI (SBN 248073)
   jeff.michalowski@quarles.com
3  MATTHEW W. BURRIS (SBN 325569)
   matt.burris@quarles.com
4  ADRIELLI FERRER (SBN 348069)
   adrielli.ferrer@quarles.com
5  **QUARLES & BRADY LLP**
   101 West Broadway, Ninth Floor
6  San Diego, California 92101-8285
   Telephone: 619-237-5200
7  Facsimile: 619-615-0700

8  Attorneys for Defendants

## RECITALS

On October 17, 2022 Plaintiffs SUNIL KUMAR and PRAVEEN SINHA filed this action against twenty Defendants – (i) DR. JOLENE KOESTER (in her official capacity as Chancellor of California State University) and (ii) each appointed trustee of the Board of Trustees of the California State University, LARRY L. ADAMSON, DIANA AGUILAR-CRUZ, DIEGO ARAMBULA, JACK B. CLARKE JR., ADAM DAY, DOUGLAS FAIGIN, JEAN P. FIRSTENBERG, WENDA FONG, LESLIE GILBERT-LURIE, LILLIAN KIMBELL, MARIA LINARES, JULIA I. LOPEZ, JACK MCGRORY, ANNA ORTIZ-MORFIT, YAMMILETTE RODRIGUEZ, ROMEY SABALIUS, LATEEFAH SIMON, CHRISTOPHER STEINHAUSER, and JOSE ANTONIO VARGAS, in their official capacities only (together, the "Trustee Defendants"). On December 14, 2022, Defendants filed their Answer.

The parties subsequently agreed to minimize the time and expense of litigation based upon Defendants' confirmation, through their counsel, that the Chancellor agrees to take all necessary and appropriate steps to implement any orders of this Court, the Ninth Circuit, and/or the Supreme Court in this matter; and that the Trustee Defendants agree to be bound by any orders issued by this court, the Ninth Circuit, and/or the Supreme Court in this matter, regardless of whether they are named as defendants in this action, to the extent necessary to effectuate such orders.

## STIPULATION

Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate and agree as follows, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 7-1.

1. No later than March 6, 2023 (or an alternative date specified in the Court's Order on this stipulation), Plaintiffs will file a First Amended Complaint against the following defendant only: DR. JOLENE KOESTER (in her official capacity as the Chancellor of California State University). As required by Local Rule 15-1, Plaintiffs' proposed First Amended Complaint is attached to this stipulation as

Attachment 1.

2. The filing of the First Amended Complaint will, by operation of law, serve to dismiss the Trustee Defendants, and the dismissal shall be without prejudice.

3. If, during the course of this action, Plaintiffs or the Court determine it is necessary to obtain all of their requested relief, Defendant will not oppose the addition or some or all of the Trustee Defendants as parties, and counsel for Defendants will obtain authorization to accept service on their behalf.

4. Counsel for Defendants are authorized to and will accept service of process on behalf of DR. JOLENE KOESTER (in her official capacity as Chancellor of California State University).

5. DR. JOLENE KOESTER (in her official capacity as Chancellor of California State University) shall take all necessary and appropriate steps to implement any orders of this Court, the Ninth Circuit, and/or the Supreme Court in this matter.

6. The Trustee Defendants stipulate and agree to be bound by any orders issued by this Court, the Ninth Circuit, and/or the Supreme Court in this matter, regardless of whether they are named as defendants in this action, to the extent necessary to effectuate such orders.

7. The deadline to file a responsive pleading to the First Amended Complaint shall be March 20, 2023 (or an alternative date specified in the Court's Order on this stipulation).

* * *

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED.**

Dated: February 27, 2023         QUARLES & BRADY LLP

By: /s/ *Jeffrey P. Michalowski*
RICHARD A. PAUL
JEFFREY P. MICHALOWSKI
MATTHEW W. BURRIS
ADRIELLI FERRER

Attorneys for Defendant

Dated: February _27, 2023         FOX ROTHSCHILD, LLP

By: /s/ *John J. Shaeffer*
JOHN J. SHAEFFER
MICHAEL K. TWERSKY (pro hac vice)
BETH WEISSER (pro hac vice)

Attorneys for Plaintiffs