JOHN J. SHAEFFER (SBN 138331)
JShaeffer@FoxRothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

MICHAEL K. TWERSKY (pro hac vice)
MTwerskv@FoxRothschild.com
BETH WEISSER (pro hac vice)
BWeisser@FoxRothschild.com
980 Jolly Road.., Suite 110
Blue Bell, PA 19422
Telephone: (215) 299-2923
Facsimile: (610) 397-0450

Attorneys for Plaintiffs

*[Additional Counsel Listed on Next Page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D., <br><br>Plaintiffs, <br><br>v. <br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, LARRY L. ADAMSON, DIANA AGUILAR-CRUZ, DIEGO ARAMBULA, JACK B. CLARKE JR., ADAM DAY, DOUGLAS FAIGIN, JEAN P. FIRSTENBERG, WENDA FONG, LESLIE GILBERT-LURIE, LILLIAN KIMBELL, MARIA LINARES, JULIA I. LOPEZ, JACK MCGRORY, ANNA ORTIZ-MORFIT, YAMMILETTE RODRIGUEZ, ROMEY SABALIUS, LATEEFAH SIMON, CHRISTOPHER STEIN HAUSER, and JOSE ANTONIO VARGAS, in their official capacities as trustees of California State University, <br><br>Defendants. | Case No. 2:22-cv-07550-RGK-MAA <br><br>**ORDER RE STIPULATION TO AMEND COMPLAINT [78]** <br><br>Judge:       R. Gary Klausner <br>Trial Date:  Not Set |

ORDER

| | |
|---|---|
| 1 | RICHARD A. PAUL (SBN 57976) |
| | rich.paul@quarles.com |
| 2 | JEFFREY P. MICHALOWSKI (SBN 248073) |
| | jeff.michalowski@quarles.com |
| 3 | MATTHEW W. BURRIS (SBN 325569) |
| | matt.burris@quarles.com |
| 4 | ADRIELLI FERRER (SBN 348069) |
| | adrielli.ferrer@quarles.com |
| 5 | **QUARLES & BRADY LLP** |
| | 101 West Broadway, Ninth Floor |
| 6 | San Diego, California 92101-8285 |
| | Telephone: 619-237-5200 |
| 7 | Facsimile: 619-615-0700 |
| 8 | Attorneys for Defendants |

# ORDER

Pursuant to Local Rule 7-1, Fed. R. Civ. Pr. 15(a)(2) and the stipulation of the parties, the Court approves the following:

1. Plaintiffs shall file and serve their First Amended Complaint by March 6, 2023;

2. Defendant DR. JOLENE KOESTER (in her official capacity as Chancellor of California State University) shall file and serve the responsive pleading by March 20, 2023.

**IT IS SO ORDERED**

Dated: February 27, 2022

*/s/ Gary Klausner*

Hon. R. Gary Klausner
U.S. District Judge