UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22−cv−07550−RGK−MAA | Date | 3/6/2023 |
| Title | SUNIL KUMAR, PH. D. ET AL V. DR. JOLENE KOESTER ET AL | | |

Present : The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Marea Woolrich | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Shaeffer | Matthew Burris |

**Proceedings:**   **SCHEDULING CONFERENCE**

   Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est.  4–5  days): | October 31, 2023 at 09:00 AM |
| Pretrial Conference: | October 16, 2023 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | August 16, 2023 |
| Discovery Cut-Off Date (fact discovery): | August 2, 2023 |

   Last day to amend the complaint or add parties is  4/10/2023 . The parties shall participate in ADR  SP1 .

   **IT IS SO ORDERED.**

:03
Initials of Preparer:  jre