| | |
|---|---|
| 1 | JOHN J. SHAEFFER (SBN 138331) |
| | JShaeffer@FoxRothschild.com |
| 2 | **FOX ROTHSCHILD LLP** |
| | Constellation Place |
| 3 | 10250 Constellation Boulevard, Suite 900 |
| | Los Angeles, CA 90067 |
| 4 | Telephone:  310.598.4150 |
| | Facsimile:   310.556.9828 |
| 5 | |
| 6 | MICHAEL K. TWERSKY (pro hac vice) |
| | MTwersky@FoxRothschild.com |
| | BETH WEISSER (pro hac vice) |
| 7 | BWeisser@FoxRothschild.com |
| | 980 Jolly Road, Suite 110 |
| 8 | Blue Bell, PA 19422 |
| | Telephone:  215.299.2923 |
| 9 | Facsimile:   610.397.0450 |
| 10 | Attorneys for Plaintiffs |
| 11 | *[Additional Counsel Listed on Next Page]* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| SUNIL KUMAR, Ph. D., an individual; and PRAVEEN SINHA, Ph. D., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>Defendant. | Case No. 2:22-cv-07550-RGK-MAA<br><br>**STIPULATION OF SCHEDULING FOR DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Judge:         R. Gary Klausner<br>Trial Date:   Not Set |

STIPULATION OF SCHEDULING FOR DEFENDANT'S
MOTION FOR JUDGMENT ON THE PLEADINGS

145176666.1

1  RICHARD A. PAUL (SBN 57976)
   rich.paul@quarles.com
2  JEFFREY P. MICHALOWSKI (SBN 248073)
   jeff.michalowski@quarles.com
3  MATTHEW W. BURRIS (SBN 325569)
   matt.burris@quarles.com
4  ADRIELLI FERRER (SBN 348069)
   adrielli.ferrer@quarles.com
5  **QUARLES & BRADY LLP**
   101 West Broadway, Ninth Floor
6  San Diego, California 92101-8285
   Telephone: 619-237-5200
7  Facsimile: 619-615-0700

8  Attorneys for Defendant

---

2
STIPULATION OF SCHEDULING FOR DEFENDANT'S
MOTION FOR JUDGMENT ON THE PLEADINGS

145176666.1

## RECITALS

**WHEREAS**, on October 17, 2022 Plaintiffs SUNIL KUMAR and PRAVEEN SINHA (collectively, "Plaintiffs") filed this action against twenty Defendants – (i) DR. JOLENE KOESTER (in her official capacity as Chancellor of California State University) and (ii) each appointed trustee of the Board of Trustees of the California State University, LARRY L. ADAMSON, DIANA AGUILAR-CRUZ, DIEGO ARAMBULA, JACK B. CLARKE JR., ADAM DAY, DOUGLAS FAIGIN, JEAN P. FIRSTENBERG, WENDA FONG, LESLIE GILBERT-LURIE, LILLIAN KIMBELL, MARIA LINARES, JULIA I. LOPEZ, JACK MCGRORY, ANNA ORTIZ-MORFIT, YAMMILETTE RODRIGUEZ, ROMEY SABALIUS, LATEEFAH SIMON, CHRISTOPHER STEINHAUSER, and JOSE ANTONIO VARGAS, in their official capacities only. On December 14, 2022, Defendants filed their Answer.

**WHEREAS**, on February 28, 2023, Plaintiffs filed a stipulation to amend the Complaint such that the only named defendant would be Dr. Jolene Koester, in her official capacity as Chancellor of California State University ("Defendant").

**WHEREAS**, Defendant intends to file a Motion for Judgment on the Pleadings.

**WHEREAS**, in order to accommodate the schedule of Plaintiffs' counsel, Defendant has agreed to a modified filing schedule in relation to her Motion for Judgment on the Pleadings.

## STIPULATION

Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate and agree as follows, pursuant to Local Rule 7-1.

1. On May 15, 2023 (or an alternative *later* date specified in the Court's Order on this stipulation), Defendant will file a Motion for Judgment on the Pleadings.

2. No later than May 29, 2023 (or an alternative date specified in the Court's Order on this stipulation), Plaintiffs will file their Opposition to Defendant's Motion for Judgment on the Pleadings.

3. No later than June 12, 2023 (or an alternative date specified in the Court's Order on this stipulation), Defendant will file her reply to Plaintiffs' Opposition.

**IT IS SO STIPULATED.**

Dated: May 4, 2023              QUARLES & BRADY LLP

                                By: /s/ *Jeffrey P. Michalowski*
                                    RICHARD A. PAUL
                                    JEFFREY P. MICHALOWSKI
                                    MATTHEW W. BURRIS
                                    ADRIELLI FERRER
                                    Attorneys for Defendant

Dated: May 4, 2023              FOX ROTHSCHILD, LLP

                                By: /s/ *John J. Shaeffer*
                                    JOHN J. SHAEFFER
                                    MICHAEL K. TWERSKY (pro hac vice)
                                    BETH WEISSER (pro hac vice)
                                    Attorneys for Plaintiffs