UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., an individual; and PRAVEEN SINHA, Ph. D., an individual,<br><br>   Plaintiffs,<br><br>  v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>   Defendant. | Case No. 2:22-cv-07550-RGK-MAA<br><br>[~~PROPOSED~~] ORDER RE STIPULATION OF SCHEDULING FOR DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Judge:  R. Gary Klausner<br>Trial Date: October 31, 2023 |

  Pursuant to Local Rule 7-1 and the stipulation of the parties, the Court approves the following:

  1. Defendant shall file and serve her Motion for Judgment on the Pleadings on May 15, 2023 and set the hearing date for June 26, 2023, at 9:00 a.m.

  2. Plaintiffs shall file and serve their Opposition to Defendant's Motion for Judgment on the Pleadings by May 29, 2023.

  3. Defendant shall file and serve her reply to Plaintiff's Opposition by June 12, 2023.

  **IT IS SO ORDERED**

Dated: 5/4/2023

              _/s/ Gary Klausner_____
              The Honorable R. Gary Klausner
              United States District Court Judge