# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>Defendant. | Case No. 2:22-cv-07550-RGK-MAA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:        June 26, 2023<br>Time:       9:00 a.m.<br>Judge:      R. Gary Klausner<br>Trial Date: October 31, 2023 |

# [PROPOSED] ORDER

TO THE CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On June 26, 2023 at 9:00 a.m., in Courtroom 850 of the above-entitled Court, Defendant Dr. Jolene Koester's Motion for Judgment on the Pleadings came on for hearing, the Honorable R. Gary Klausner presiding.

Having duly considered Defendant's Motion for Judgment on the Pleadings, all opposition, reply, and supplemental papers, the arguments of counsel, and all other matters presented to the Court in relation to this motion:

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion for Judgment on the Pleadings is GRANTED in its entirety; and

2. Each of Plaintiffs' causes of action, as pleaded in the First Amended Complaint, are DISMISSED with prejudice.

DATE: _____

_____
Hon. R. Gary Klausner
United States District Judge