# Exhibit 4



Search     Menu

# Nondiscrimination Policy

Colby is a private, coeducational liberal arts college that admits students and makes personnel decisions on the basis of the individual's qualifications to contribute to Colby's educational objectives and institutional needs. The principle of not discriminating on the basis of race, color, age, sex, sexual orientation, gender identity, religion, pregnancy, parental or marital status, national or ethnic origin, caste, political beliefs, or disability unrelated to job or course of study requirements is consistent with the mission of a liberal arts college and the law. Colby is an affirmative action/equal opportunity employer and operates in accordance with federal and state laws regarding nondiscrimination.

Colby complies with Title IX, which prohibits discrimination on the basis of sex in educational programs and activities. Questions regarding Title IX may be referred to Colby's Title IX coordinator or to the federal Office of Civil Rights. In compliance with the Clery Act, which requires Colby to disclose campus crime statistics, you will find Colby's Annual Safety, Security, and Fire Safety Report at www.colby.edu/securitydept.

Colby prohibits retaliation against anyone who makes a good faith report of conduct in violation of Colby's discrimination or harassment policies, or against anyone who makes a good faith effort to disclose perceived wrongdoing. Further, Colby will not tolerate retaliation against any employee who, in good faith, cooperates in the investigation of such conduct.

**Office of Admissions and Financial Aid**

4800 Mayflower Hill
Waterville, Maine 04901

**Contact Admissions**

(207) 859-4800
admissions@colby.edu

**Contact Financial Aid**

(207) 859-4830
finaid@colby.edu

©2023 Colby College. All rights reserved.