# Exhibit 8



Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites

## SB-403 Discrimination on the basis of caste. (2023-2024)

| Date | Action |
|---|---|
| 05/11/23 | In Assembly. Read first time. Held at Desk. |
| 05/11/23 | Read third time. Passed. (Ayes 34. Noes 1.) Ordered to the Assembly. |
| 05/09/23 | Read second time. Ordered to third reading. |
| 05/08/23 | From committee: Be ordered to second reading pursuant to Senate Rule 28.8. |
| 05/01/23 | Set for hearing May 8. |
| 04/26/23 | From committee: Do pass and re-refer to Com. on APPR. (Ayes 11. Noes 0.) (April 25). Re-referred to Com. on APPR. |
| 04/17/23 | From committee with author's amendments. Read second time and amended. Re-referred to Com. on JUD. |
| 04/14/23 | Set for hearing April 25. |
| 03/29/23 | Re-referred to Com. on JUD. |
| 03/22/23 | From committee with author's amendments. Read second time and amended. Re-referred to Com. on RLS. |
| 02/22/23 | Referred to Com. on RLS. |
| 02/10/23 | From printer. May be acted upon on or after March 12. |
| 02/09/23 | Introduced. Read first time. To Com. on RLS. for assignment. To print. |