# Exhibit 11

# BANGLADESH 2021 HUMAN RIGHTS REPORT

## EXECUTIVE SUMMARY

Bangladesh's constitution provides for a parliamentary form of government that consolidates most power in the Office of the Prime Minister. In a December 2018 parliamentary election, Sheikh Hasina and her Awami League party won a third consecutive five-year term that kept her in office as prime minister. This election was not considered free and fair by observers reportedly due to irregularities, including ballot-box stuffing and intimidation of opposition polling agents and voters.

The security forces encompassing the national police, border guards, and counterterrorism units such as the Rapid Action Battalion, maintain internal and border security. The military, primarily the army, is responsible for national defense but also has some domestic security responsibilities. The security forces report to the Ministry of Home Affairs, and the military reports to the Ministry of Defense. Civilian authorities maintained effective control over the security forces. Members of the security forces committed numerous abuses.

Significant human rights issues included credible reports of: unlawful or arbitrary killings, including extrajudicial killings; forced disappearance; torture or cases of cruel, inhuman, or degrading treatment or punishment by the government or its agents on behalf of the government; harsh and life-threatening prison conditions; arbitrary arrests or detentions; political prisoners; politically motivated reprisals against individuals in another country; serious problems with the independence of the judiciary; arbitrary or unlawful interference with privacy; punishment of family members for offenses allegedly committed by an individual; serious restrictions on free expression and media, including violence or threats of violence against journalists, unjustified arrests or prosecutions of journalists, and censorship and the existence of criminal libel and slander laws; serious restrictions on internet freedom; substantial interference with the freedom of peaceful assembly and freedom of association, including overly restrictive laws on the organization, funding, or operation of nongovernmental organizations and civil society organizations; restrictions on refugees' freedom of movement; mistreatment of

Country Reports on Human Rights Practices for 2021
United States Department of State • Bureau of Democracy, Human Rights and Labor

294

RJN Exhibit 11

refugees; serious and unreasonable restrictions on political participation; serious government corruption; government restrictions on or harassment of domestic human rights organizations; lack of investigation of and accountability for gender-based violence, including but not limited to domestic and intimate partner violence, sexual violence, child abuse, early and forced marriage, and other harmful practices; crimes involving violence or threats of violence targeting members of ethnic minority groups or indigenous people; crimes involving violence or threats of violence against lesbian, gay, bisexual, transgender, queer, or intersex persons; existence or use of laws criminalizing consensual same-sex sexual conduct between adults; significant restrictions on independent trade unions and workers' freedom of association; and existence of the worst forms of child labor.

There were reports of widespread impunity for security force abuses and corruption.  The government took few measures to investigate and prosecute cases of corruption and abuse and killing by security forces.

# Section 1. Respect for the Integrity of the Person

## a. Arbitrary Deprivation of Life and Other Unlawful or Politically Motivated Killings

The constitution provides for the rights to life and personal liberty.  There were numerous reports, however, that the government or its agents committed arbitrary or unlawful killings.  Police policy requires internal investigations of all significant uses of force by police, including actions that resulted in serious physical injury or death, usually by a professional standards unit that reports directly to the inspector general of police.  The government, however, neither released statistics on total killings by security personnel nor took comprehensive measures to investigate cases.  Human rights groups expressed skepticism regarding the independence and professional standards of the units conducting these assessments and claimed citizens were being deprived of justice.  In the few known instances in which the government brought charges, those found guilty generally received administrative punishment.

Law enforcement raids occurred throughout the year, primarily to counter terrorist activity, drugs, and illegal firearms.  Suspicious deaths occurred during some raids,

On October 13, media reported anti-Hindu violence broke out following a social media post that went viral depicting a Quran in the lap of a Hindu deity in the city of Cumilla during the Hindu Durga Puja festival (see sections 1.d. and 2.a.). Muslim protesters allegedly attacked Hindus, Hindu temples, and damaged property in several cities. Six persons died in ensuing violence, mostly due to clashes with security forces deployed to restore order. Prime Minister Sheikh Hasina and other senior officials condemned the violence, emphasized the country's secular identity superseded religious identity, and the government took measures to compensate Hindu victims.

NGOs reported national origin, racial, and ethnic minorities faced discrimination. For example, some Dalits (lowest-caste Hindus) suffered from restricted access to land, adequate housing, education, and employment.

The estimated 300,000 Urdu-speaking population (known as Biharis, originally Urdu-speaking Muslims who migrated to then East Pakistan before the Bangladesh Liberation War) were formerly stateless, and members from this community stated their requests to obtain passports were often rejected by immigration officers due to their lack of a permanent address. Almost all this population still resided in refugee-like camps established by the International Committee of the Red Cross in the 1970s, when Biharis believed they would return to Pakistan following the 1971 war. A December 2020 International Republican Institute (IRI) study claimed living conditions for Biharis in the camps remained poor, with many camps containing fewer than 10 public toilets serving hundreds of residents. The Geneva Camp in Mohammadpur, Dhaka, for example, held an estimated 30,000 residents as of January. While older Biharis may have had an affinity to Pakistan, many participants in the IRI study stated they identified as Bangladeshi, particularly those who grew up after the Liberation War. In 2008 a High Court ruling that the Bihari community had rights as citizens prompted the international donor community to cease support as the community was technically no longer stateless. While the government provided some basic services, including water and electricity, Biharis reported social and economic discrimination as well as a lack of initiatives integrating them into society, leaving them isolated in crowded camps.

In September some Biharis expressed concern officials would reject their official status as Bangladeshis, expropriate their land, and implement policies to force the