# Exhibit 23

117th CONGRESS, 2nd Session

United States Library of Congress

HRES 1305

Introduced in House

July 29, 2022

**H. RES. 1305**

Recognizing Islam as one of the great religions of the world.

**IN THE HOUSE OF REPRESENTATIVES**

**July 29, 2022**

Mr. Green of Texas (for himself, Mr. Carson, Ms. Omar, and Ms. Tlaib) submitted the following resolution; which was referred to the Committee on Foreign Affairs

**RESOLUTION**

Recognizing Islam as one of the great religions of the world.

Whereas this resolution may be cited as the 'Original Resolution Recognizing Islam as One of the Great Religions of the World';

Whereas the word 'Islam' means 'submission to the will of God' and 'peace';

Whereas the primary scripture of Islam is the Holy Quran, which has over 6,000 verses, or 114 chapters;

Whereas Muslims consider the Holy Quran to be the book of divine guidance;

Whereas Muslims frame their way of life around the Hadith, a collection of traditions and quotes of the Prophet Muhammad (may peace be upon him);

Whereas although its roots go back further, the religion began to spread rapidly in A.D. 622 when the Prophet Muhammad (may peace be upon him) began his travels from Mecca to Medina, the first day of which began the Islamic calendar;

Whereas the Quran states that 'the ink of the scholar is more holy than the blood of the martyr', leading to a focus on science, astronomy, chemistry, mathematics, medicine, and philosophy throughout Islamic culture;

Whereas Islam is the second largest and fastest growing religion of the world;

Whereas it is estimated that there are approximately 1,800,000,000 Muslims worldwide;

Whereas Islam is a monotheistic religion, and Allah (meaning God in Arabic) is the central deity;

Whereas Islam teaches Allah has 99 names, with each one having a different meaning;

Whereas Islam is a complete system of strong moral convictions that promotes peace, equality, and social justice;

Whereas Islam charges that governments should always be focused on equity, justice, and compassion;

Whereas Islam teaches and upholds the equality of all people, regardless of race or social status, abolishing systems that are against it, including the caste system;

Whereas the Quran speaks about tolerance between Muslims and non-Muslims;

Whereas the fundamental Muslim practices are known as the Five Pillars of Islam;

Whereas the five pillars are shahadah (declaration of faith), salat (prayer 5 times daily), zakat (give 2.5 percent of all earnings to charity), sawm (fasting in the month of Ramadan), and Hajj (pilgrimage to Mecca, Saudi Arabia);

Whereas the 5 daily prayers are designed to remove any barriers between believers praying in congregations and help one refrain from committing sins;

Whereas the obligatory charity is designed to purify a person from selfishness and encourages empathy to the poor;

Whereas fasting in Ramadan promotes self-restraint and spiritual renewal for Muslims worldwide;

Whereas the pilgrimage to Mecca serves as a unifying force in Islam by bringing followers of diverse backgrounds together in religious celebration;

Whereas Islam explicitly teaches that there is no compulsion in religion, and one is free to practice or reject any religion;

Whereas Muslims consider Islam to be a way of life; and

Whereas carrying out these obligations provides the framework of a Muslim's life, and weaves their everyday activities and their beliefs into a single cloth of religious devotion: Now, therefore, be it

Resolved, To demonstrate solidarity with and support for members of the community of Islam in the United States and throughout the world, the House of Representatives recognizes the Islamic faith as one of the great religions of the world.

2021 CONG US HRES 1305

End of Document

© 2023 Thomson Reuters. No claim to original U.S. Government Works.