# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SUNIL KUMAR, PH. D. , et al.

PLAINTIFF(S)

v.

JOLENE KOESTER , et al.

DEFENDANT(S).

CASE NUMBER:

2:22–cv–07550–RGK–MAA

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 5/15/2023 | 87 | NOTICE OF MOTION AND MOTION for Judgment on the |
| __ | __ | __ |

Other:
Memorandum exceeds 20 pages in violation of this Court's Standing Order [13]. Memorandum contains single spacing in violation of Local Rule 11–3.6. Counsel shall file a corrected motion on or before 5/18/2023.

Dated: May 16, 2023

By: /s/ *R. Gary Klausner*
U.S. District Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–106 (6/12)   ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)