# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL KUMAR, Ph. D<br>PRAVEEN SINHA, Ph. D.,<br><br>       Plaintiffs,<br>  v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>       Defendant. | Case No. 2:22-CV-07550-RGK-MAA<br><br>Date:    June 26, 2023<br>Time:   9:00 a.m.<br>Judge:  R. Gary Klausner<br>Trial:   October 31, 2023 |

## [PROPOSED] ORDER

TO THE CLERK, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of Defendant's Motion for Judgment on the Pleadings, Plaintiffs' Response thereto, and all proceedings herein, it is hereby **ORDERED** that Defendant's Motion for Judgment on the Pleadings is **DENIED**;

It is further **ORDERED** that upon consideration of Plaintiffs' Cross Motion for Judgment on the Pleadings, Defendant's response thereto and all proceedings herein, Plaintiffs' Cross Motion is **GRANTED**;

---

PLAINTIFFS' OPPOSITION TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CALIFORNIA STATE UNIVERSITY'S MOTION FOR JUDGMENT ON THE PLEADINGS

1

It is further **ORDERED** that Judgment is entered in favor of Plaintiffs.

DATE: _____

                                              Hon. R. Gary Klausner
United States District Judge