# EXHIBIT A

```
Tim M (5/25/2023, 4:12:42 PM): Hi Al what can I assist with?
Al (5/25/2023, 4:13:03 PM): Hi Tim -- I'm looking at a case and I'
Al (5/25/2023, 4:16:38 PM): I'm curious to know the basis for a case being
superseded by rule
Al (5/25/2023, 4:17:26 PM): Specifically I'm looking at de Fontbrune v. Wofsy, 838
F.3d 992 (9th Cir. 2016) which appears to be supersded by rule as stated in Radu v.
Shon,  63 F.4th 1165 (9th Cir. 2023)
Al (5/25/2023, 4:17:47 PM): But I'm not quite understanding how or why that is the
case based upon the cases -- and i was wondering if you could help me find out
Tim M (5/25/2023, 4:22:40 PM): Hi All taking a look.
Al (5/25/2023, 4:29:54 PM): Thank you Tim
Tim M (5/25/2023, 4:32:23 PM): So If we click in Radu,it does highlight where it
cites to Wofsy so we can take a look there and see if that clarifies anything for
us.
Al (5/25/2023, 4:33:43 PM): I see that. It only explains superseded by rule as
stated in Radu
Al (5/25/2023, 4:34:54 PM): Wofsy still looks to be good law though -- that's what
does not make sense
Tim M (5/25/2023, 4:35:07 PM): Hmm it does seem to just be citing to it, its not
really clear that its talking about a rule that might be different from Wofsy.
Tim M (5/25/2023, 4:41:50 PM): Yeah and It looks like 44.1 hasn't been changed since
2007, so conceivably they should have been addressing the same language in that
rule.  So I'm going submit an error on this and have our editors look at it and see
if that is an error with the keycite. I can email you once I hear back about it?
Al (5/25/2023, 4:43:40 PM): That would be great -- thank you.
Al (5/25/2023, 4:43:48 PM): So it appears this is an error on westlaw's end
Al (5/25/2023, 4:43:51 PM): ?>
Al (5/25/2023, 4:43:58 PM): ?*
Tim M (5/25/2023, 4:46:24 PM): It looks like it might be, but I going verify that
and I'll let you know either way.
Tim M (5/25/2023, 4:47:13 PM): if it is an error they'll remove the flag and if it
is not I will be able to give you an explanation about why its not.
Tim M (5/25/2023, 4:50:24 PM): Is there anything else I can assist with?
Tim M (5/25/2023, 4:54:43 PM): OKay Al well I will go an submit that as an error and
let you know once I hear back. Have a good one!!
```