JOHN J. SHAEFFER (SBN 138331)
JShaeffer(@FoxRothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

MICHAEL K. TWERSKY (pro hac vice)
MTwersky@FoxRothschild.com
BETH WEISSER (pro hac vice)
BWeisser@FoxRothschild.com
980 Jolly Road, Suite 110
Blue Bell, PA 19422
Telephone: (215) 299-2923
Facsimile: (610) 397-0450

Attorneys for Plaintiffs

*[Additional Counsel Listed on Next Page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>Defendant. | Case No. 2:22-cv-07550-RGK-MAA<br><br>**STIPULATION AND PROPOSED ORDER TO STAY CASE PENDING RESOLUTION OF POTENTIALLY DISPOSITIVE CROSS-MOTIONS FOR JUDGMENT ON THE PLEADINGS**<br><br>Judge: R. Gary Klausner<br>Trial Date: October 31, 2023 |

1  RICHARD A. PAUL (SBN 57976)
   rich.paul@quarles.com
2  JEFFREY P. MICHALOWSKI (SBN 248073)
   jeff.michalowski@quarles.com
3  MATTHEW W. BURRIS (SBN 325569)
   matt.burris@quarles.com
4  ADRIELLI FERRER (SBN 348068)
   adrielli.ferrer@quarles.com
5  **QUARLES & BRADY LLP**
   101 West Broadway, Ninth Floor
6  San Diego, California 92101-8285
   Telephone: 619-237-5200
7  Facsimile: 619-615-0700

8       Attorneys for Defendant

The parties to the above-referenced action, through their respective counsel, ask this Court to stay this action pending decision on the parties' cross-motions for judgment on the pleadings, which will potentially dispose of the entire action. Trial is set for October 31, 2023, and absent a stay, the parties will need to proceed with depositions, expert discovery, and motions for summary judgment. Especially because this case involves a facial challenge to a CSU policy, the parties agree that a stay should be entered pending decision on the cross-motions for judgment on the pleadings.

Under Federal Rule of Civil Procedure 26(c)(1), "the court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," including whether discovery proceeds by limiting the "time and place or the allocation of expenses, for the disclosure or discovery." In the Ninth Circuit, district courts have broad discretion to stay discovery pending the resolution of a potentially dispositive motion, including a motion for judgment on the pleadings. *Jarvis v. Regan*, 833 F.2d 149, 155 (9th Cir.1987).

The Defendant filed a motion for judgment on the pleadings, and asked for complete defense judgment in this action. ECF No. 90. Plaintiffs filed an opposition and a cross-motion for judgment on the pleadings, also asking for complete judgment in this action. ECF No. 91. The cross-motions are fully briefed, and were set for hearing on June 26, 2023. On June 21, 2023, this Court notified the parties that the hearing was taken off calendar, that the motions were taken under submission, and that "the Court will issue a ruling after full consideration of properly submitted pleadings." ECF No. 95.

/ / /
/ / /
/ / /
/ / /

Meanwhile, a pretrial conference is set for October 16, 2023, and a jury trial is set for October 31, 2023.[1]  The parties thus face a discovery deadline of August 2, 2023 and a motions deadline of August 16, 2023.

There is especially good cause to stay this action pending decision on the cross-motions for judgment on the pleadings.  The parties have already exchanged written discovery, and CSU has produced documents.  Absent a stay, however, the parties will need to proceed with the more intrusive and costly forms of discovery, including the depositions of Plaintiffs[2], the deposition of Defendant, additional depositions of non-parties based on the parties' depositions, and retention of expert witnesses, preparation of expert reports, and expert discovery, as well as motions for summary judgment.  The parties would need to incur this disruption and expense to prepare for the October 2023 trial, even though this matter—which mounts a facial challenge against CSU policy—may prove appropriate for disposition on the pleadings alone.  In such circumstances, "[i]t is sounder practice to determine whether there is any reasonable likelihood that plaintiffs can construct a claim before forcing the parties to undergo the expense of discovery." *Rutman Wine Co. v. E. & J. Gallo Winery*, 829 F.2d 729, 738 (9th Cir. 1987).

/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] The initial scheduling conference in this action was held on March 6, 2023 (ECF 81), and this Court set the October 16, 2023 pretrial conference date and the October 31, 2023 trial date that same day (ECF No. 82).

[2] One of the Plaintiffs is in India over the summer and thus will be unable to attend an in-person deposition.  Further, arranging a remote deposition will be difficult given the 12 and half hour time difference with California.

Both parties agree that a stay would be appropriate, and neither party has previously requested a stay. The trial date of October 31, 2023, which was set quite recently (*i.e.*, March 6, 2023 (ECF No. 82), has not previously been modified. In the event that the matter is not resolved through the pending motions, there will be no prejudice to the parties in resuming discovery, summary judgment, and preparation for trial immediately after this Court issues its Order on the pending motions.

Accordingly, the parties stipulate and respectfully request an Order staying this entire action pending this Court's decision on the pending cross-motions for judgment on the pleadings.

\*     \*     \*

**IT IS SO STIPULATED.**

Dated: July 7, 2023        QUARLES & BRADY LLP

By:   /s/ *Jeff Michalowski*
RICHARD A. PAUL
JEFF MICHALOWSKI
MATTHEW W. BURRIS
ADRIELLI FERRER
Attorneys for Defendant Dr. Jolene Koester

Dated: July 7, 2023        FOX ROTHSCHILD LLP

By:   /s/ *Michael Twersky*
MICHAEL TWERSKY
Attorneys for Plaintiffs Sunil Kumar, Ph.D.
and Praveen Sinha, Ph.D.

# DECLARATION

I, Jeffrey P. Michalowski, declare as follows:

1. I am a partner in Quarles & Brady LLP, attorneys of record for Defendant in the above-entitled matter, and am licensed to practice before this Court. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

## REASONS FOR REQUESTED STAY

2. On March 6, 2023, following the Initial Scheduling Conference in this matter, the Court set the following dates: October 31, 2023 – Jury Trial; October 16, 2023 – Pretrial Conference; August 16, 2023 – Motion Cut-Off; August 2, 2023 – Discovery Cut-Off.

3. Defendant filed a motion for judgment on the pleadings, and requested complete defense judgment. ECF No. 90.

4. Plaintiffs filed a cross-motion for judgment on the pleadings, and also asked for complete judgment. ECF No. 91.

5. The cross-motions are fully briefed, and were set for hearing on June 26, 2023.

6. On June 21, 2023, this Court notified the parties that the hearing was taken off calendar, that the motions were taken under submission, and that "the Court will issue a ruling after full consideration of properly submitted pleadings." ECF No. 95.

7. The parties have already served written discovery, and Defendant has served responses and produced documents.

/ / /

/ / /

/ / /

/ / /

/ / /

8. Absent a stay, the parties would need to proceed with additional discovery and litigation pending this Court's decision on the pending cross-motions for judgment on the pleadings.

   a. Specifically, my client will need to take the depositions of Plaintiffs, retain expert witnesses, prepare expert reports, and prepare and file a motion for summary judgment.

   b. Additionally, counsel for Plaintiffs has informed me that his client intends to take the deposition of Defendant (i.e., the Chancellor of the California State University system), and additional depositions of non-parties based on the parties' depositions.

9. The parties jointly request this stay.

10. No party contends that a stay would cause prejudice.

**NO PRIOR REQUESTS FOR STAY OR CONTINUANCE**

11. The dates at issue in this stipulation and proposed order (*i.e.*, the October 31 jury trial; the October 16, 2023 pretrial conference; the August 16, 2023 motion cut-off; and the August 2, 2023 discovery cut-off) were set by the Court in its Scheduling Order of March 6, 2023 (ECF No. 81). None of these dates have been previously stayed or continued, and neither party has requested a stay continuance.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th date of July, 2023, at San Diego, California.

*/s/ Jeff Michalowski*
Jeffrey P. Michalowski

**SIGNATURE CERTIFICATION**

I certify that the content of this document is acceptable to Michael Twersky and that I have obtained authorization to affix his electronic signature to this document.

Dated: July 7, 2023　　　　　　　　QUARLES & BRADY LLP

By: 　*/s/ Jeff Michalowski*
RICHARD A. PAUL
JEFF MICHALOWSKI
MATTHEW W. BURRIS
ADRIELLI FERRER
Attorneys for Dr. Jolene Koester