1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 | SUNIL KUMAR, Ph. D., PRAVEEN
SINHA, Ph. D.,

Case No. 2:22-cv-07550-RGK-MAA

12

Plaintiffs,

**[PROPOSED] ORDER STAYING
ACTION PENDING DECISION ON
CROSS-MOTIONS FOR
JUDGMENT ON THE PLEADINGS**

13

14 v.

DR. JOLENE KOESTER, in her
official capacity as Chancellor of
California State University,

Judge:          R. Gary Klausner
Trial Date:     October 31, 2023

15

16

Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

---

1                               **[PROPOSED] ORDER**

2         On the stipulation of the parties and for good cause shown, the Court stays

3 this action pending its decision on the pending cross-motions for judgment on the

4 pleadings.  *See Clinton v. Jones*, 520 U.S. 681, 706 ("The District Court has broad

5 discretion to stay proceedings as incident to its power to control its own docket.").

6 There is good cause to stay this action pending decision on the cross-motions for

7 judgment on the pleadings because this action involves a facial policy challenge;

8 both parties agree to a stay and no party will incur prejudice; and absent a stay, the

9 parties will need to proceed with discovery, depositions, expert discovery, motions

10 for summary judgment, and preparation for trial.

11

12         **IT IS SO ORDERED**

13

14 Dated: July 7, 2023

15                                          Hon. R. Gary Klausner

16                                          U.S. District Judge

17

18

19

20

21

22

23

24

25

26

27

28