JOHN J. SHAEFFER (SBN 138331)
    jshaeffer@FoxRothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

MICHAEL K. TWERSKY (*pro hac vice*)
    mtwersky@foxrothschild.com
BETH L. WEISSER (*pro hac vice*)
    bweisser@foxrothshchild.com
ERIKA PAGE (*pro hac vice*)
    epage@foxrothschild.com
**FOX ROTHSCHILD, LLP**
980 Jolly Road, Suite 110
Blue Bell, PA 19422
Telephone:  610.397.6500
Facsimile:   610.397.0450

Attorneys for Plaintiffs
Sunil Kumar, Ph.D. and Praveen Sinha, Ph.D.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNIL KUMAR, Ph. D<br>PRAVEEN SINHA, Ph. D.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>    Defendant. | Case No. 2:22-CV-07550-RGK-MAA<br><br>**PLAINTIFFS' RESPONSE TO JULY 13, 2023 ORDER TO SHOW CAUSE REGARDING JURY TRIAL**<br><br>Judge:    R. Gary Klausner<br>Trial:     October 31, 2023 |

**PLAINTIFFS' RESPONSE TO JULY 13, 2023 ORDER TO**
**SHOW CAUSE REGARDING JURY TRIAL**

Plaintiffs, Sunil Kumar and Praveen Sinha, through their undersigned counsel Fox Rothschild, LLP, respectfully submit this response to the Court's July 13, 2023 Order to Show Cause regarding Plaintiffs' right to a jury trial in this matter. Plaintiffs withdraw their request for a jury trial in this matter and agree to proceed with the Court acting as both finder of fact and law.

Dated: July 18, 2023

*/s/ John Shaeffer, Esq.*

**FOX ROTHSCHILD, LLP**
John Shaffer, Esq. (SBN 138331)
Michael Twersky, Esq. (*pro hac vice*)
Beth Weisser, Esq. (*pro hac vice*)
Erika Page, Esq. (*pro hac vice*)
*Attorneys for Plaintiffs*
*Sunil Kumar, Ph.D. and Praveen Sinha, Ph.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July 2023, I caused a true and correct copy of Plaintiffs' Response to July 13, 2023 Order to Show Cause Regarding Jury Trial to be served via the Court's electronic filing system.

                                          */s/ John Shaeffer*
                                          Jon Shaffer, Esq. (SBN 138331)