RICHARD A. PAUL (SBN 057976)
rich.paul@quarles.com
JEFFREY P. MICHALOWSKI (SBN 248073)
jeff.michalowski@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
ADRIELLI FERRER (SBN 348068)
adrielli.ferrer@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for California State University

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D., <br><br> Plaintiffs, <br><br> v. <br><br> DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, <br><br> Defendant. | Case No. 2:22-cv-07550-RGK-MAA <br><br> **DEFENDANT'S RESPONSE TO JULY 13, 2023 ORDER TO SHOW CAUSE RE: RIGHT TO JURY TRIAL** <br><br> Judge: R. Gary Klausner <br> Trial Date: Not Set |

DEFENDANT'S RESPONSE TO JULY 13, 2023 ORDER TO SHOW CAUSE RE: RIGHT TO JURY TRIAL

1  Defendant respectfully responds to this Court's July 13, 2023 Order to Show
2 Cause Re: Right to Jury Trial as follows: Defendant does not contend that this action
3 is jury triable, waives any right to a jury, and agrees to proceed with the Court acting
4 as both finder of fact and law.

5 Dated: July 19, 2023  QUARLES & BRADY LLP

7  By: _____/s/ Jeffrey P. Michalowski_____
8  RICHARD A. PAUL
   JEFFREY P. MICHALOWSKI
9  MATTHEW W. BURRIS
10 ADRIELLI FERRER
   Attorneys for California State University

2
DEFENDANT'S RESPONSE TO JULY 13, 2023 ORDER TO SHOW CAUSE RE: RIGHT TO JURY TRIAL