# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-07550-RGK-MAA | Date | July 25, 2023 |
|---|---|---|---|
| Title | *Kumar v. Koester* | | |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) Order Re: Stipulation to Stay Case [DE 96]

On July 7, 2023, the parties submitted a joint Stipulation requesting a stay of their October 31, 2023 jury trial and all associated deadlines. (ECF No. 96.) In the interim, on July 13, 2023, the Court issued an Order to Show Cause directing the parties to explain why a jury trial is or is not warranted in this matter. (ECF No. 97.) The parties timely responded. (ECF Nos. 98, 99.) Having reviewed the responses, the trial in this matter is now a court trial. **All deadlines associated with the October 31, 2023 trial remain unaltered.**

However, if the parties so choose, they may elect for the trial to be taken under submission according to an amended briefing schedule:

- August 29, 2023: Discovery Cutoff Date
- September 12, 2023: Motion Cutoff Date
- October 3, 2023: Opposition Deadline
- October 17, 2023: Reply Deadline
- October 24, 2023: Trial on the Briefs

If the parties wish to proceed according to this amended schedule, they must notify the Court **within seven days of this Order's issuance.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/ak |