JOHN J. SHAEFFER (SBN 138331)
JShaeffer@FoxRothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

MICHAEL K. TWERSKY (*Admitted Pro Hac Vice*)
MTwersky@FoxRothschild.com
BETH WEISSER (*Admitted Pro Hac Vice*)
BWeisser@FoxRothschild.com
**FOX ROTHSCHILD LLP**
980 Jolly Road, Suite 110
Blue Bell, PA  19422
Telephone: (215) 299-2923
Facsimile: (610) 390450

Attorneys for Plaintiffs
Sunil Kumar, Ph.D. and Praveen Sinha, Ph.D.

RICHARD A. PAUL (SBN 057976)
rich.paul@quarles.com
JEFFREY P. MICHALOWSKI (SBN 248073)
jeff.michalowski@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
ADRIELLI FERRER (SBN 348068)
adrielli.ferrer@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant Dr. Jolene Koester

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D., <br><br> Plaintiffs, <br><br> v. <br><br> DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, <br><br> Defendant. | Case No. 2:22-cv-07550-RGK-MAA <br><br> **JOINT AGREEMENT TO TRIAL ON THE BRIEFS AND AMENDED SCHEDULE** <br><br> Judge:         Hon. R. Gary Klausner <br> Trial Date:   October 31, 2023 |

On July 25, 2023, this Court issued its Order Re: Stipulation to Stay Case (ECF No. 101) ("Order") and provided the parties the option of electing that the trial be taken under submission on the briefs according to an amended briefing schedule. With this joint filing, the parties provide notice that they agree to a trial on the briefs and the amended briefing schedule identified in the Court's Order.

Dated: August 1, 2023        FOX ROTHSCHILD LLP

By: /s/ *Michael Twersky*
MICHAEL TWERSKY
Attorneys for Plaintiffs Sunil Kumar, Ph.D. and Praveen Sinha, Ph.D.

Dated: August 1, 2023        QUARLES & BRADY LLP

By: /s/ *Jeff Michalowski*
RICHARD A. PAUL
JEFFREY P. MICHALOWSKI
MATTHEW W. BURRIS
ADRIELLI FERRER
Attorneys for Defendant Dr. Jolene Koester

**SIGNATURE CERTIFICATION**

I certify that the content of this document is acceptable to Michael Twersky and that I have obtained authorization to affix his electronic signature to this document.

Dated: August 1, 2023              QUARLES & BRADY LLP

                                   By:     /s/ *Jeff Michalowski*
                                           RICHARD A. PAUL
                                           JEFFREY P. MICHALOWSKI
                                           MATTHEW W. BURRIS
                                           ADRIELLI FERRER
                                           Attorneys for Defendant Dr. Jolene Koester

# PROOF OF SERVICE

*Sunil Kumar, Ph. D., Praveen Sinha, Ph. D. v. Dr. Jolene Koester, et. al.*
Case No. 2:22-cv-07550-RGK-MAA

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On August 1, 2023, I served true copies of the following document(s) described as **JOINT AGREEMENT TO TRIAL ON THE BRIEFS AND AMENDED SCHEDULE** on the interested parties in this action as follows:

| | |
|---|---|
| JOHN J. SHAEFFER<br>**FOX ROTHSCHILD LLP**<br>Constellation Place<br>10250 Constellation Blvd, Suite 900<br>Los Angeles, CA 90067<br>Telephone: 310.598.4150<br>Facsimile: 310.556.9828<br>Email:<br>JShaeffer@FoxRothschild.com<br><br>*Attorneys for Plaintiffs* | MICHAEL K. TWERSKY<br>BETH WEISSER<br>ERICKA PAGE<br>**FOX ROTHSCHILD LLP**<br>980 Jolly Road., Suite 110<br>Blue Bell, PA 19422<br>Telephone: (215) 299-2923<br>Facsimile: (610) 397-0450<br>Email:<br>MTwersky@FoxRothschild.com<br>BWeisser@FoxRothschild.com<br>EPage@FoxRothschild.com<br><br>*Attorneys for Plaintiffs* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2023, at San Diego, California.

_____
Liz Bojorquez

---

1
JOINT AGREEMENT TO TRIAL ON THE BRIEFS AND AMENDED SCHEDULE