# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>Defendant. | Case No. 2:22-cv-07550-RGK-MAA<br><br>**[PROPOSED] ORDER CLARIFYING ADR PROCEDURE AND/OR EXTENDING ADR COMPLETION DEADLINE**<br><br>Judge:          R. Gary Klausner<br>Trial Date:    October 24, 2023 |

**[PROPOSED] ORDER**

On the application of the parties and for good cause shown, the Court:

☐ clarifies that the reference to ADR is no longer in effect.

☐ clarifies that the reference to ADR remains in effect and extends the date it must be completed to October 25, 2023.

All other dates and deadlines remain unaltered.

**IT IS SO ORDERED**

Dated: _____, 2023

Hon. R. Gary Klausner
U.S. District Judge