RICHARD A. PAUL (SBN 057976)
rich.paul@quarles.com
JEFFREY P. MICHALOWSKI (SBN 248073)
jeff.michalowski@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
ADRIELLI FERRER (SBN 348068)
adrielli.ferrer@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for California State University

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>Defendant. | Case No. 2:22-cv-07550-RGK-MAA<br><br>**PROOF OF SERVICE**<br><br>Judge:        R. Gary Klausner<br>Trial Date:  Not Set |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On August 24, 2023, I served true copies of the following document(s) described as:

**1.   JOINT APPLICATION FOR CLARIFICATION OF ADR PROCEDURE AND/OR EXTENSION OF ADR COMPLETION DEADLINE; DECLARATION OF JEFFREY P. MICHALOWSKI IN SUPPORT THEREOF; and**

**2.   [PROPOSED] ORDER CLARIFYING ADR PROCEDURE AND/OR EXTENDING ADR COMPLETION DEADLINE**

Case No.:  2:22-cv-07550-RGK-MAA

on the interested parties in this action as follows:

| | |
|---|---|
| JOHN J. SHAEFFER<br>**FOX ROTHSCHILD LLP**<br>Constellation Place<br>10250 Constellation Blvd, Suite 900<br>Los Angeles, CA 90067<br>Telephone: 310.598.4150<br>Facsimile: 310.556.9828<br>Email:<br>JShaeffer@FoxRothschild.com<br><br>*Attorneys for Plaintiff* | MICHAEL K. TWERSKY<br>BETH WEISSER<br>ERICKA PAGE<br>980 Jolly Road., Suite 110<br>Blue Bell, PA 19422<br>Telephone: (215) 299-2923<br>Facsimile: (610) 397-0450<br>Email:<br>MTwersky@FoxRothschild.com<br>BWeisser@FoxRothschild.com<br>EPage@FoxRothschild.com<br><br>*Attorneys for Plaintiff* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 24, 2023, at San Diego, California.

_____
Liz Bojorquez