**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D., <br><br> Plaintiffs, <br><br> v. <br><br> DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, <br><br> Defendant. | Case No. 2:22-cv-07550-RGK-MAA <br><br> [PROPOSED] ORDER CLARIFYING ADR PROCEDURE AND/OR EXTENDING ADR COMPLETION DEADLINE  [107] <br><br> Judge:  R. Gary Klausner <br> Trial Date: October 24, 2023 |

///
///
///

| | |
|---|---|
| 1 | ~~[PROPOSED]~~ **ORDER** |
| 2 | On the application of the parties and for good cause shown, the Court: |
| 3 | ☐ clarifies that the reference to ADR is no longer in effect. |
| 4 | ☒ clarifies that the reference to ADR remains in effect and extends the |
| 5 | date it must be completed to October 25, 2023. |
| 6 | All other dates and deadlines remain unaltered. |

**IT IS SO ORDERED**

Dated: __8/25/2023__, 2023

_/s/ Gary Klausner_
Hon. R. Gary Klausner
U.S. District Judge

2

Case No. 2:22-cv-07550-RGK-MAA