UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:22-cv-07550-RGK-MAA**                                    Date:  **August 30, 2023**

Title      **Sunil Kumar, et al. v. Dr. Jolene Koester, et al.**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Michael Keith Twersky | Jeffrey Patrick Michalowski |

**Proceedings (via Zoom):**        Settlement Conference
                                   **(ECF No. 109)**

Case is called.  Counsel and parties make their appearances.

On August 30, 2023, the Court conducts a Settlement Conference.  The parties do not reach a settlement.  Counsel are **ORDERED** jointly and forthwith to notify the District Judge assigned to the case—the Honorable R. Gary Klausner—of the unsuccessful effort to settle the case.

The parties are encouraged to continue settlement discussions and to notify Magistrate Judge Audero if they wish her assistance in further settlement negotiations.  Both parties have given verbal consent for Judge Audero to continue settlement negotiations on an *ex parte* basis as needed.

The parties and their counsel are reminded that all discussions were, and are, deemed to be confidential settlement discussions.

It is so ordered.

**Time in Court:**     2:30