RICHARD A. PAUL (SBN 057976)
rich.paul@quarles.com
JEFFREY P. MICHALOWSKI (SBN 248073)
jeff.michalowski@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
ADRIELLI FERRER (SBN 348068)
adrielli.ferrer@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant Dr. Jolene Koester

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph.D., PRAVEEN SINHA, Ph.D.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>Defendant. | Case No. 2:22-cv-07550-RGK-MAA<br><br>**JOINT REPORT ON OUTCOME OF ADR (NO SETTLEMENT)** |

1  Pursuant to this Court's Order/Referral to ADR (ECF No. 83) and Magistrate
2  Judge Audero's Order (ECF No. 110), Plaintiffs Sunil Kumar, Ph.D. and Praveen
3  Sinha, Ph.D. and Defendant Jolene Koester, in her official capacity, hereby provide
4  this Joint Report regarding ADR in this action.

5  On August 30, 2023, the parties, through their counsel, attend a Settlement
6  Conference with Magistrate Judge Audero. The parties were unable to reach a
7  settlement of this lawsuit. (See ECF No. 110).

Dated: September 5, 2023    FOX ROTHSCHILD LLP

By: /s/ *Michael K. Twersky*
JOHN J. SHAEFFER
MICHAEL K. TWERSKY
Attorneys for Plaintiffs Sunil Kumar, Ph.D.
and Praveen Sinha, Ph.D.

Dated: September 5, 2023    QUARLES & BRADY LLP

By: /s/ *Jeffrey P. Michalowski*
RICHARD A. PAUL
JEFFREY P. MICHALOWSKI
MATTHEW W. BURRIS
ADRIELLI FERRER
Attorneys for Defendant Dr. Jolene Koester

**SIGNATURE CERTIFICATION**

I certify that the content of this document is acceptable to Michael K. Twersky and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 5, 2023     QUARLES & BRADY LLP

By: /s/ *Jeffrey P. Michalowski*
RICHARD A. PAUL
JEFFREY P. MICHALOWSKI
MATTHEW W. BURRIS
ADRIELLI FERRER
Attorneys for Defendant Dr. Jolene Koester