JOHN J. SHAEFFER (SBN 138331)
   jshaeffer@FoxRothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone:   310.598.4150
Facsimile:   310.556.9828

MICHAEL K. TWERSKY (*pro hac vice*)
   mtwersky@foxrothschild.com
BETH L. WEISSER (*pro hac vice*)
   bweisser@foxrothshchild.com
ERIKA PAGE (*pro hac vice*)
   epage@foxrothschild.com
ALBERTO M. LONGO (*pro hac vice*)
   alongo@foxrothschild.com
FOX ROTHSCHILD, LLP
980 Jolly Road, Suite 110
Blue Bell, PA 19422
Telephone:   610.397.6500
Facsimile:   610.397.0450

Attorneys for Plaintiffs
Sunil Kumar, Ph.D. and Praveen Sinha, Ph.D.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNIL KUMAR, Ph. D<br>PRAVEEN SINHA, Ph. D.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>    Defendant. | Case No. 2:22-CV-07550-RGK-MAA<br><br>**DECLARATION OF ALBERTO M. LONGO IN SUPPORT OF PLAINTIFFS' OPENING BRIEF**<br><br>Judge:   R. Gary Klausner<br>Trial:    October 24, 2023<br>      (on the briefs) |

**DECLARATION OF ALBERTO M. LONGO**
**IN SUPPORT OF PLAINTIFFS' OPENING BRIEF**

# DECLARATION OF ALBERTO M. LONGO

I, Alberto M. Longo, do hereby state and declare as follows:

1. I am an attorney at law duly licensed to practice law in the Commonwealth of Pennsylvania and State of New Jersey. I am an associate at the law firm of Fox Rothschild LLP and am admitted *pro hac vice* in this proceeding. I submit this declaration in support of Plaintiffs' Opening Brief. I have personal knowledge of the matters contained in this declaration and, if called and sworn as a witness, I could and would competently testify to all the matters contained herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the California State University ("CSU") Policy Prohibiting Discrimination, Harassment, Sexual Exploitation, Dating Violence, Domestic Violence, Stalking, and Retaliation (the "Policy"), which was produced by Defendant in this case bearing Bates label CSU000582-000671.

3. Attached hereto as **Exhibit B** is a true and correct copy of selected pages from the deposition of Laura Anson ("Anson Tr."), Defendant's designee, conducted on August 4, 2023 for use in this action.

4. Attached hereto as **Exhibit C** is a true and correct copy of the California Faculty Association's ("CFA") Resolution in Support of Adding Caste as a Protected Category ("CFA Resolution"), which is publicly available for viewing and downloading on the California Faculty Association Website.[1] *See* https://www.calfac.org/wp-content/uploads/2021/10/caste_resolution_sponsorbyAPIDA_revision10.10.21.pdf.

5. Attached hereto as **Exhibit D** is a true and correct copy of the California State Student Association's ("CSSA") Resolution Calling for CSU to Include Caste in Anti-Discrimination Policy ("CSSA Resolution"), which was produced by Defendant in this case bearing Bates label CSU001296-001299.

---

[1] The CFA Resolution is also attached as Exhibit D to Plaintiffs' Complaint (Dkt. No. 1-1).

6. Attached hereto as **Exhibit E** is a true and correct copy of the California Polytechnic State University Resolution ("Cal Poly Resolution"), which was produced by Defendant in this case bearing Bates label CSU001217-001219.

7. Attached hereto as **Exhibit F** is a true and correct copy of selected pages from the deposition of Plaintiff, Professor Praveen Sinha ("Sinha Tr."), conducted on August 11, 2023 for use in this action.

8. Attached hereto as **Exhibit G** is a true and correct copy of a "Q&A" for the inclusion of caste in the Policy, which was produced by Defendant in this case bearing Bates label CSU000009.

9. Attached hereto as **Exhibit H** is a true and correct copy of a January 18, 2022 Equality Labs Press Release, which was produced by Defendant in this case bearing Bates label CSU001401-001412.

10. Attached hereto as **Exhibit I** is a true and correct copy of an article written by Nani Walker, titled *Cal. State Adds Caste to Anti-Discrimination Policy in Ground Breaking Decision*, appearing in the L.A. Times on January 20, 2022, which is publicly available for viewing and downloading on the L.A. Times website. *See* https://www.latimes.com/california/story/2022-01-20/csu-adds-caste-to-its-anti-discrimination-policy.

11. Attached hereto as **Exhibit J** is a true and correct copy of an email dated February 14, 2022, which was produced by Defendant in this case bearing Bates label CSU000936-000937.

12. I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed this 12th day of September 2023.

*/s/ Alberto M. Longo*
**Alberto M. Longo**

3

**DECLARATION OF ALBERTO M. LONGO
IN SUPPORT OF PLAINTIFFS' OPENING BRIEF**