# EXHIBIT C



## Resolution in Support of Adding Caste as a Protected Category

**WHEREAS,** Caste is a structure of oppression that affects over 1 billion people across the world based in birth that determines social status and assigns spiritual purity, and

**WHEREAS,** There are four main caste groups: Brahmins, Kshatriyas, Vaishyas, and Shudras, and those outside the caste system entirely, with lower caste Shudras and those outside the caste system, known as Dalits meaning "broken but resilient" and formerly known as "untouchables", considered oppressed by caste,

**WHEREAS,** Caste is present in the Hindu religion and common in communities in South Asia and in the South Asian Diaspora,

**WHEREAS,** Caste-oppressed groups continue to experience profound injustices including socioeconomic inequalities, usurpation of their land, rights, and experience brutal violence at the hands of the "upper" Castes,

**WHEREAS,** 25 percent of Dalits who responded to a survey executed by Equality Labs reported facing verbal or physical assault based on their caste in the United States, one in three Dalit students report being discriminated against during their education in the United States, two out of three Dalits surveyed reported being treated unfairly at their workplace in the United States, 60 percent of Dalits report experiencing caste-based derogatory jokes or comments in the United States, and 20 percent of Dalit respondents report feeling discriminated at a place of business because of their caste in the United States[1],

**WHEREAS,** Numerous Dalit and caste oppressed students outed themselves as caste oppressed during the public California State Students Association (CSSA) meeting to testify to their personal experiences of caste-based violence within the California State University (CSU),[2] and publicly faced immense retaliation and gaslighting of their experiences, and are at continued risk without defined protections,

**WHEREAS,** Dalit and caste oppressed students have published their experiences of caste-based discrimination in both the *Los Angeles Times*[3] and *San Francisco Chronicles*,[4]

---

[1] https://www.equalitylabs.org/castesurvey
[2] https://fb.watch/5hmRq6ao2k/
[3] https://www.latimes.com/world-nation/story/2021-07-04/fight-to-add-caste-as-protected-category-in-us
[4] https://www.sfchronicle.com/opinion/openforum/article/Opinion-Caste-bigotry-is-real-And-it-s-16195583.php

**WHEREAS,** A testimonial from a California Polytechnic State University (Cal Poly), San Luis Obispo (SLO) student was posted on @ShadesOfCalPoly, serving as an unofficial platform exposing discrimination at Cal Poly that read "I remember boys of Indian Student Association asking people about their caste as a joke, but I didn't see the joke in that," making clear the caste consciousness amongst South Asian students on CSU campuses,[5]

**WHEREAS,** All of these inequalities associated with caste status have become embedded in all of the major South Asian American institutions and they extend into American mainstream institutions that have significant South Asian immigrant populations, with some of the caste social locators being last names, whether a family eats meat, whether they own land in their country of origin, who they want to marry or be in romantic relationships with, and whether they are allowed to be out in their place of worship and community,[6]

**WHEREAS,** Caste discrimination has long been overlooked by American institutions, with almost all institutions in the United States failing to protect caste oppressed people, highlighted most recently by the recent lawsuit filed by California Department of Fair Employment and Housing against Cisco regarding caste discrimination in the workplace,[7]

**WHEREAS,** The CSU has a large and growing body of international students, specifically from South Asia, making caste a global issue that impacts sites of higher education such as Cal Poly, SLO and the CSU,[8]

**WHEREAS,** The Faculty Diversity and Equity Committee of CSU East Bay's Academic Senate passed "20-21 FDEC 3: Resolution in Support of Providing Protection to Dominated and Oppressed Castes at California State University, East Bay,"[9]

**WHEREAS**, ASI Board of Directors at Cal Poly, SLO representing the official voice of Cal Poly, SLO students unanimously passed "Resolution #21-01: Resolution Calling for Cal Poly and the CSU to Include Caste in the Anti-Discriminatory Policy,"[10]

**WHEREAS,** ASI Board of Directors at Cal Poly, Pomona representing the official voice of Cal Poly, Pomona students unanimously passed "Resolution for the CSU to include Caste in Anti-Discrimination Policy, SR 2020-2021:05,"[11]

---

[5] https://www.instagram.com/p/CEzsbpLDPwa/?utm_source=ig_web_copy_link

[6] https://theaerogram.com/caste-privilege-101-primer-privileged/

[7] https://www.cnn.com/2020/07/01/tech/cisco-lawsuit-caste-discrimination/index.html

[8] As Dalit scholar and thinker Dr. B.R. Ambedkar wrote, "if Hindus migrate to other regions on earth, Indian caste would become a world problem."

[9] https://docs.google.com/document/d/1SPkv__aESzMIuP8wPtF9dnW_cIfQI2ESRa7tWR8ilGY/edit

[10] https://www.asi.calpoly.edu/discover-asi/public-documents/agendas-minutes/board-of-directors-resolutions/

[11] https://asi.cpp.edu/wp-content/uploads/2021/04/SR-2020-2021.05-Resolution-for-the-CSU-to-include-Caste-in-Anti-Discrimination-Policy-1.pdf

**WHEREAS,** CSSA representing the official voice of CSU students unanimously passed "Resolution for the CSU to include Caste in Anti-Discrimination Policy, SR 2020-2021:05,"[12]

**WHEREAS,** Brandeis University has already recognized the importance of adding caste to its anti-discrimination policy, understanding that "caste identity is so intertwined with many of the legally recognized and protected characteristics, discrimination based on a person's caste is effectively the same,"[13]

**WHEREAS,** Various public universities like UC Davis are moving towards adding caste as a protected category,[14]

**WHEREAS,** The CSU has an executive order that prohibits discrimination on the basis of "Age, Disability (physical or mental), Gender (or sex), Gender Identity (including transgender), Gender Expression, Genetic Information, Marital Status, Medical Condition, Nationality, Race or Ethnicity (including color or ancestry), Religion (or Religious Creed), Sexual Orientation, sex stereotype, and Veteran or Military Status"[15] but makes no explicit mention of caste, and

**WHEREAS,** The addition of caste within the anti-discrimination policy will not take away any of the current set of protections or lead to any further discrimination on the basis of ancestry or national origin, but instead serve as an additive approach to reaffirm and add to the CSU's commitment to diversity, equity and support for those most systemically marginalized,

**WHEREAS,** The addition of caste will allow for further diversity measures, such as data collection, that currently are not possible given the fear of coming out as caste oppressed, in order to assess and address equity gaps on the basis of caste.

**RESOLVED,** CFA affirms the experiences of caste oppressed students, staff, and faculty and stands in solidarity; and be it further

**RESOLVED,** CFA urges the CSU to include caste in its anti-discrimination policy by updating the language within Executive Orders 1096 and 1097 to explicitly make clear that caste is a protected category and affirm the CSU's commitment to serving caste oppressed students, staff, and faculty.

---

[12] https://www.aljazeera.com/news/2021/4/16/california-student-body-demands-ban-on-caste-based-discrimination

[13] https://www.insidehighered.com/news/2019/12/20/university-adds-caste-nondiscrimination-policy

[14] https://theaggie.org/2021/02/26/senate-bills-53-55-and-senate-resolution-8-passed-at-feb-11-asucd-senate-meeting/

[15] https://calstate.policystat.com/policy/8453514/latest/ and https://calstate.policystat.com/policy/8453516/latest/

--------------------------------------------------------------------------

## Endorsed by:

Asian Pacific Islander Desi Americans (APIDA) Caucus
LGBTQIA+ Caucus
Retired Faculty & Health and Benefits Committee
Disability Caucus
Political Action & Legislative Committee
Chicanx/Latinx Caucus
Native American and Indigenous Peoples Caucus
Peace and Justice Committee
Womxn's Caucus
Counselors Committee
Council of Presidents
Palestine Arab Muslim Caucus
Council of Lecturers
Black Caucus
Council for Racial and Social Justice
Librarians Committee