# EXHIBIT E



**Associated Students, Inc.**
**California Polytechnic State University**
**San Luis Obispo, CA 93407**
asi.calpoly.edu

April 6, 2021

The California State University, Office of the Chancellor
Dr. Joseph I. Castro
401 Golden Shore
Long Beach, CA 90802

**RE: Resolution #21-01: Resolution Calling for Cal Poly and the California State University (CSU) to include Caste in anti-discrimination policy**

Dear Chancellor Castro:

On Wednesday, March 3, 2021, the California Polytechnic State University Associated Students, Inc., (ASI) Board of Directors unanimously approved Resolution #21-01: Resolution Calling for Cal Poly and the California State University (CSU) to include Caste within the Title IX anti-discrimination policy.

Caste is a structure of oppression in Hindu society that assigns social status based on ones "spiritual purity." This system of oppression currently impacts over 1 billion people across the world, including students within our CSU system. The resolution, authored by Manmit Singh Chahal and Amanda Tejeda, calls for Caste to be explicitly included as a category of discrimination within Title IX.

After hearing from countless students at our open forum, it is evident that the addition of Caste language to Title IX would result in hundreds of students across the CSU feeling seen and protected by our public education system.

Please let me know if you require any additional clarification. Thank you for your time.

Sincerely,

*[signature]*

Tess Loarie
Chair, ASI Board of Directors
ASI Student Government
Cal Poly, San Luis Obispo
(619)-309-9468
tloarie@calpoly.edu

ASI will be every student's connection to the ultimate college experience.

CSU_001217

Associated Students, Inc.
California Polytechnic State University
San Luis Obispo

Resolution #21-01

RESOLUTION CALLING FOR CAL POLY AND THE CALIFORNIA STATE UNIVERSITY (CSU) TO INCLUDE CASTE IN ANTI-DISCRIMINATORY POLICY

| | |
|---|---|
| WHEREAS: | The ASI Board of Directors serves as the official voice of students at California Polytechnic State University (Cal Poly), San Luis Obispo, and |
| WHEREAS: | Caste is a structure of oppression that affects over 1 billion people across the world based in birth that determines social status and assigns "spiritual purity"[1] and |
| WHEREAS: | There are four main caste groups: Brahmins, Kshatriyas, Vaishyas, and Shudras, and those outside the caste system entirely, with lower caste Shudras and those outside the caste system, known as Dalits meaning "broken but resilient" and formerly known as "untouchables", considered oppressed by caste;[1] and |
| WHEREAS: | Caste-oppressed groups continue to experience profound injustices including socioeconomic inequalities, usurpation of their land, rights, and experience brutal violence at the hands of the "upper" Castes; and |
| WHEREAS: | 25 percent of Dalits who responded to a survey executed by Equality Labs reported facing verbal or physical assault based on their caste in the United States, one in three Dalit students report being discriminated against during their education in the United States, two out of three Dalits surveyed reported being treated unfairly at their workplace in the United States, 60 percent of Dalits report experiencing caste-based derogatory jokes or comments in the United States, and 20 percent of Dalit respondents report feeling discriminated at a place of business because of their caste in the United States;[1] and |
| WHEREAS: | All of these inequalities associated with caste status have become embedded in all of the major South Asian American institutions and they extend into American mainstream institutions that have significant South Asian immigrant populations, with some of the caste social locators being last names, whether a family eats meat, whether they own land in their country of origin, who they want to marry or be in romantic relationships with, and whether they are allowed to be out in their place of worship and community; and |
| WHEREAS: | Caste discrimination has long been overlooked by American institutions, with almost all institutions in the United States failing to protect caste oppressed people, highlighted most recently by |

---

[1] Equality Labs Caste Survey - https://www.equalitylabs.org/castesurvey

| | |
|---|---|
| THEREFORE BE IT RESOLVED: | The addition of caste as a protected category should be paired with caste competency trainings during hiring at Cal Poly and the CSU at large. |
| THEREFORE BE IT RESOLVED: | This resolution will be sent to University President, Jeffrey D. Armstrong; Title IX Coordinator and Director of Office of Equal Opportunity, Maren Hufton; Interim Vice President for University Diversity and Inclusion and Chief Diversity Officer, Dr. Denise Isom; Provost and Executive Vice President for Academic Affairs, Dr. Cynthia Jackson-Elmoore; Vice President for Student Affairs, Dr. Keith Humphrey; Interim Vice President for University Development & Alumni Engagement and Chief of Staff, Jessica Darin; Senior Vice President of Administration and Finance and Chief Financial Officer, Cynthia Vizcaíno Villa; Vice President of Information Technology and Chief Information Officer, Bill Britton; Interim Vice President for Enrollment Management & University Strategy, James L. Maraviglia; Vice President for University Communications and Marketing, Chris Murphy; Vice President for Research and Economic Development, Renee Reijo Pera; University Counsel, Robin Webb; CEO of Cal Poly Corporation, Cody VanDorn; Interim Executive Director for Human Resources and Academic Personnel, Al Liddicoat; Academic Senate Chair, Dr. Thomas Gutierrez; Interim Dean of Students Dr. Joy Pedersen; and CSU Chancellor Joseph I. Castro. |

| | |
|---|---|
| Certified as the true and correct copy, in witness thereof, I have set my hand and Seal of the San Luis Obispo Cal Poly Associated Students, Inc. this 4th day of March 2021. | ADOPTED at the regular meeting of the Board of Directors at San Luis Obispo Cal Poly Associated Students, Inc. this 3rd day of March 2021. |
| Attest: _Cole Dorris (Mar 4, 2021 14:48 PST)_ <br> ASI Secretary | _Tess Loarie (Mar 4, 2021 15:01 PST)_ <br> Signed: <br> ASI Chair of the Board <br> _Shayna Lynch (Mar 4, 2021 16:25 PST)_ <br> Signed: <br> ASI President |

Authored By:
Amanda Tejeda (she/hers), ASI Board of Directors, College of Liberal Arts
manmit singh chahal (they/them)