**EXHIBIT "F"**



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph.D., PRAVEEN SINHA, Ph.D., | ) Case No.<br>) 2:22-cv-07550<br>) RGK-MAA<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

VIDEOTAPED DEPOSITION OF
PRAVEEN SINHA, Ph.D.
Zoom Remote Location
August 11, 2023
TOTAL PAGES 177
(PAGES 162 THROUGH 163 MARKED CONFIDENTIAL)


REPORTED BY:  BOBBIE HIBBLER, CSR NO. 12475

Praveen Sinha, PhD, 8/11/2023

| | | |
|---|---|---|
| 1 | definition there will be differences in these | 10:25 |
| 2 | categories predominantly based on occupation. | 10:25 |
| 3 | Some have tried to push it in the form of | 10:25 |
| 4 | hierarchy.  But these are occupational categories. | 10:25 |
| 5 | BY MR. MICHALOWSKI: | 10:25 |
| 6 |    Q.   Where do Dalits fit into the caste | 10:25 |
| 7 | system that you described? | 10:25 |
| 8 |        MR. TWERSKY:  Objection. | 10:25 |
| 9 |    A.   You're mixing couple of things.  As I | 10:25 |
| 10 | mentioned earlier caste is a imposed structure of | 10:25 |
| 11 | Hindus in India by the British.  There is no | 10:25 |
| 12 | system as per Hindu religion.  It's a varna system | 10:25 |
| 13 | and the jati system.  J-A-T-I is jati.  Varna is | 10:25 |
| 14 | V-A-R-N-A.  The two have been misrepresented in | 10:25 |
| 15 | the form of caste.  And, now there are multiple | 10:25 |
| 16 | stereotypes for people because of that. | 10:26 |
| 17 | BY MR. MICHALOWSKI: | 10:26 |
| 18 |    Q.   My question was where does Dalits fit | 10:26 |
| 19 | into this structure that you've described not -- | 10:26 |
| 20 | I'm not asking the history of the structure.  I'm | 10:26 |
| 21 | asking based on this construct that you've | 10:26 |
| 22 | described where do Dalits fit?  Do they sit | 10:26 |
| 23 | beneath the four categories that you described? | 10:26 |
| 24 |        MR. TWERSKY:  Objection.  It | 10:26 |
| 25 | mischaracterizes his testimony.  Go ahead, | 10:26 |

44

Praveen Sinha, PhD, 8/11/2023

| | | |
|---|---|---|
| 1 | **Professor.** | 10:26 |
| 2 | A. According to Hindu tradition there are | 10:26 |
| 3 | four varnas and everybody falls in one of those | 10:26 |
| 4 | four depending on what they do in life. | 10:26 |
| 5 | Q. What's a Dalit? | 10:26 |
| 6 | A. Shudra. Fourth category. | 10:26 |
| 7 | Q. That's it? | 10:26 |
| 8 | A. That's it. | 10:26 |
| 9 | Q. Okay. So, going back to our example of | 10:26 |
| 10 | the classroom, you said that you couldn't conceive | 10:26 |
| 11 | of a caste-based insult. So, what if in the | 10:26 |
| 12 | classroom a student were to say to another student | 10:27 |
| 13 | I don't want you in my working group because | 10:27 |
| 14 | you're a Shudra, is that something that CSU policy | 10:27 |
| 15 | should prohibit or not? | 10:27 |
| 16 | MR. TWERSKY: Objection. Improper | 10:27 |
| 17 | hypothetical. Go ahead. You can answer, | 10:27 |
| 18 | Professor. | 10:27 |
| 19 | A. No. Any insult should be absolutely | 10:27 |
| 20 | unacceptable. | 10:27 |
| 21 | BY MR. MICHALOWSKI: | 10:27 |
| 22 | Q. Including the discrimination based on | 10:27 |
| 23 | caste? | 10:27 |
| 24 | MR. TWERSKY: Objection. You're | 10:27 |
| 25 | mischaracterizing his testimony. | 10:27 |

45

Praveen Sinha, PhD, 8/11/2023

| | | |
|---|---|---|
| 1 | And the third is Mahabharat, M-A-H-A-B-H-A-R-A-T. | 11:40 |
| 2 | THE COURT REPORTER: Thank you. | 11:41 |
| 3 | BY MR. MICHALOWSKI: | 11:41 |
| 4 | Q. Do you have any views related to caste | 11:41 |
| 5 | that derive from your religious beliefs? | 11:41 |
| 6 | MR. TWERSKY: Object to the form. | 11:41 |
| 7 | THE WITNESS: Can I answer it? | 11:41 |
| 8 | MR. TWERSKY: Yes, yes. Yes. | 11:41 |
| 9 | A. I think I already outlined it what my | 11:41 |
| 10 | belief about the caste varna system is. But if | 11:41 |
| 11 | you want I can elaborate. | 11:41 |
| 12 | BY MR. MICHALOWSKI: | 11:41 |
| 13 | Q. Yes, I would like you to elaborate. | 11:41 |
| 14 | A. According to Hindu belief system there | 11:41 |
| 15 | are four varnas we determine what your occupation | 11:41 |
| 16 | is and they can be interchanged. So, as a | 11:41 |
| 17 | Professor or a lawyer like you are, you're a | 11:41 |
| 18 | Brahman. As a trader you will be in the Vaisha | 11:41 |
| 19 | category. As a blue collar worker you will be in | 11:42 |
| 20 | the Shudra category. If you're in the military, | 11:42 |
| 21 | firefighter you will be Kshatriya. That's what my | 11:42 |
| 22 | belief about the varna system is. | 11:42 |
| 23 | Q. And, do you have any -- | 11:42 |
| 24 | A. Can I complete one more? | 11:42 |
| 25 | Q. Of course, please. | 11:42 |

88

Praveen Sinha, PhD, 8/11/2023

| | | |
|---|---|---|
| 1 | A.   It is referring to the undefined caste | 12:27 |
| 2 | system that is being implemented in the policy, | 12:27 |
| 3 | that is being referred in the policy. | 12:27 |
| 4 | **BY MR. MICHALOWSKI:** | 12:27 |
| 5 | **Q.   And, you wrote dozens of emails related** | 12:27 |
| 6 | **to caste-based issues.  When you were writing that** | 12:27 |
| 7 | **email did you know what caste meant?** | 12:28 |
| 8 | A.   When you're writing these emails or even | 12:28 |
| 9 | documents you have to use the word caste because | 12:28 |
| 10 | that is what is being used in the context of this | 12:28 |
| 11 | particular issue.  But we know this is not what we | 12:28 |
| 12 | have in Hinduism.  And, what we have is a varna | 12:28 |
| 13 | system which is not caste. | 12:28 |
| 14 | **Q.   So, caste -- you do not have caste in** | 12:28 |
| 15 | **Hinduism?** | 12:28 |
| 16 | A.   I think I said that at least five or six | 12:28 |
| 17 | times.  Let me repeat it one last time again. | 12:28 |
| 18 | According to Hinduism there's a varna and jati | 12:28 |
| 19 | system.  There is no caste.  Caste is a Portuguese | 12:28 |
| 20 | word imposed on Hindus by the British.  The word | 12:28 |
| 21 | caste does not exist in any Indian language. | 12:28 |
| 22 | **Q.   Okay.  So, paragraph 18 when you say** | 12:28 |
| 23 | **caste, are you referring to the Portuguese word or** | 12:28 |
| 24 | **are you using a common definition of caste that** | 12:28 |
| 25 | **you understand?** | 12:29 |

111

```
 1   STATE OF CALIFORNIA
 2   COUNTY OF SAN DIEGO
 3
 4           I, Bobbie Hibbler, Certified Shorthand
     Reporter, in and for the State of California,
 5   Certificate No. 12475, do hereby certify:
 6           That the witness in the foregoing
     deposition was by me first duly sworn to testify
 7   to the truth, the whole truth, and nothing but the
     truth in the foregoing cause; that the deposition
 8   was then reported by me in shorthand and
     transcribed, through computer-aided transcription,
 9   under my direction; and that the above and
     foregoing transcript, is a true record of the
10   testimony elicited and proceedings had at said
     deposition.
11
             I do further certify that I am a
12   disinterested person and am in no way interested
     in the outcome of this action or connection with
13   or related to any of the parties in this action or
     to their respective counsel.
14
15           In witness whereof, I have hereunto
     set my hand this __18th__ day of August, 20_23_.
16
17
18
                    _Bobbie Hibbler_____
19                  Bobbie Hibbler, CSR No. 12475
20
21
22
23
24
25
```