# EXHIBIT G

Q&A Caste Inclusion in CSU Discrimination Policy

**Q1: What does "caste" mean or how is it defined in the CSU's discrimination policy?**
A1: While caste protections were inherently included in previous CSU non-discrimination policies, the decision to specifically name caste in the [Interim CSU Policy Prohibiting Discrimination, Harassment, Sexual Misconduct, Sexual Exploitation, Dating Violence, Domestic Violence, Stalking, and Retaliation](#) issued on January 1, 2022 reflects the university's commitment to inclusivity and respect, making certain each and every one of our 23 CSU campuses today...and always…is a place of access, opportunity and equity for all.

**Q2: How many complaints have been made based on caste, either from students or employees, over the past five years?**
A2: No institution could accurately answer this question because complaints are often reported informally, and to a variety of different sources.  Perhaps a more relevant question is whether members of the CSU community have expressed that they have witnessed or experienced discrimination or harassment based on caste.  The answer to this question is yes.

**Q3: How would the university determine that there was discrimination based on caste?**
A3: The same analysis campus investigators use to determine other forms of discrimination will be applied to allegations of caste discrimination.

**Q4: How many Dalit students or employees does the CSU have?**
A4: Both students and employees self-identify demographic information (gender, race, ethnicity, etc.) at the time of enrollment for students and at the time of hire for employees. We do not track Dalit status for students and employees. However, we would still investigate a discrimination complaint received and based upon said status.

**Q5: When was the decision made, and why?**
A5: For more than two years, the CSU Title IX/DHR Policy Revision Workgroup carefully considered feedback from over 20 campus stakeholder groups; studied evolving regulatory and legal requirements; and reviewed policies from other colleges and universities to develop its newly updated Policy Prohibiting Discrimination, Harassment, Sexual Misconduct, Sexual Exploitation, Dating Violence, Domestic Violence, Stalking, and Retaliation. The CSU received feedback about caste-based discrimination in our communities from student advocates and academic and legal experts including Associated Students Inc. at Cal Poly San Luis Obispo, the Academic Senates at Cal Poly San Luis Obispo and Cal State East Bay, the California Faculty Association, and the California State Student Association, among others.

**Q6: How do you respond to the assertion that adding caste as a specific and separate protected category would apply only to faculty of Indian and South Asian descent, and that new policy will unfairly target a minority community for policing and disparate treatment?**
A6: The inclusion of caste was not added as a specific and separate protected category, but as a parenthetical reference to clarify we consider caste, color and ancestry to be included within the already-existing categories of race or ethnicity.