# EXHIBIT J

**From:** "Anson, Laura" <lanson@calstate.edu>
**To:** "Pursley, Alex" <apursley@calstate.edu>
**Subject:** RE: Draft Caste Definition
**Date:** Mon, 14 Feb 2022 13:28:18 -0800
**Importance:** Normal

---

Thanks, Alex. I think it's the last one. Much appreciated. Laura

---

**From:** Pursley, Alex <apursley@calstate.edu>
**Sent:** Monday, February 14, 2022 1:24 PM
**To:** Anson, Laura <lanson@calstate.edu>
**Subject:** RE: Draft Caste Definition

Hi Laura,

I am not sure about the definition Ray found specifically, but I did find the following notes…not sure if it was one of these?

Definition of caste – should it be added? Brandeis' policy on Caste defines "caste" as "a system of rigid social stratification characterized by hereditary status, endogamy and social barriers sanctioned by custom, law or religion." I suspect this is what the unions really want -- a super broad concept that they
UC Davis Discrimination policy: that includes caset Discrimination is defined as an illegal or prohibited adverse employment or educational action, or harassment based on race, color, national origin (including caste or perceived **caste**), religion, sex, gender, gender expression, gender identity, gender transition status, pregnancy, physical or mental disability, medical condition (cancer-related or genetic characteristics), genetic information (including family medical history), ancestry, marital status, age, sexual orientation, citizenship, or service in the uniformed services, including protected veterans.
Merriam Webster caste definition: : one of the hereditary social classes in Hinduism that restrict the occupation of their members and their association with the members of other castes
2a: a division of society based on differences of wealth, inherited rank or privilege, profession, occupation, or race
b: the position conferred by caste standing : PRESTIGE
art and religion have lost caste
— F. L. Baumer
3: a system of rigid social stratification characterized by hereditary status, endogamy, and social barriers sanctioned by custom, law, or religion
4: a specialized form (such as the worker of an ant or bee) of a polymorphic social insect that carries out a particular function in the colony
soldier castes for fighting enemy ants
Definition from https://sociologydictionary.org/caste/
A stratified system of categorization based on a status conferred at birth (ascribed status) based on descent, in which individuals do not have mobility due to custom or law.
(noun) A group and the individual members of a group within a caste.
Wikipedia definition: an endogamous and hereditary social group limited to persons of the same rank, occupation, economic position, etc., and having mores distinguishing it from other such groups.

---

**From:** Anson, Laura <lanson@calstate.edu>
**Sent:** Monday, February 14, 2022 11:52 AM

**To:** Pursley, Alex <apursley@calstate.edu>
**Subject:** Draft Caste Definition

Hi Alex, do you know where that the definition of caste is that we were discussing in the Work Group back in December? I think we liked the definition that Ray found, although we ultimately decided not to include a definition in the policy. Can't remember which folder this is in. Do you happen to recall? Thanks in advance. Laura