# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL KUMAR, Ph. D<br>PRAVEEN SINHA, Ph. D., | Case No. 2:22-CV-07550-RGK-MAA |
| Plaintiffs,<br>v. | Judge:  R. Gary Klausner<br>Trial:    October 24, 2023<br>            (on the briefs) |
| DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, | |
| Defendant. | |

### [PROPOSED] ORDER

TO THE CLERK, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of Plaintiffs' Trial Brief, Defendant's Opposition thereto, any Reply, and all proceedings herein, it is hereby **ORDERED** that Judgment is entered in favor of Plaintiffs on their Declaratory Judgment claim (Claim One);

It is further **ORDERED** that Judgment is entered in favor of Plaintiffs on their Establishment Clause claims (Claims Three and Four);

It is further **ORDERED** that Judgment is entered in favor of Plaintiffs on their Due Process claims (Claims Seven and Eight).

DATE: _____

                                                Hon. R. Gary Klausner
                                                United States District Judge