JOHN J. SHAEFFER (SBN 138331)
  jshaeffer@FoxRothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone:   310.598.4150
Facsimile:   310.556.9828

MICHAEL K. TWERSKY (*pro hac vice*)
  mtwersky@foxrothschild.com
BETH L. WEISSER (*pro hac vice*)
  bweisser@foxrothshchild.com
ERIKA PAGE (*pro hac vice*)
  epage@foxrothschild.com
ALBERTO M. LONGO (*pro hac vice*)
  alongo@foxrothschild.com
FOX ROTHSCHILD, LLP
980 Jolly Road, Suite 110
Blue Bell, PA 19422
Telephone:   610.397.6500
Facsimile:   610.397.0450

Attorneys for Plaintiffs
Sunil Kumar, Ph.D. and Praveen Sinha, Ph.D.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL KUMAR, Ph. D<br>PRAVEEN SINHA, Ph. D.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>Defendant. | Case No. 2:22-CV-07550-RGK-MAA<br><br>**DECLARATION OF MICHAEL K. TWERSKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S COMBINED TRIAL BRIEF AND MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:   R. Gary Klausner<br>Trial:   October 24, 2023<br>   (on the briefs) |

**DECLARATION OF MICHAEL K. TWERSKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S COMBINED TRIAL BRIEF AND MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**

# DECLARATION OF MICHAEL K. TWERSKY[1]

I, Michael K. Twersky, do hereby state and declare as follows:

1. I am an attorney at law duly licensed to practice law in the Commonwealth of Pennsylvania and State of New Jersey. I am a partner at the law firm of Fox Rothschild LLP and am admitted *pro hac vice* in this proceeding. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Combined Trial Brief and Motion for Summary Judgment or Partial Summary Judgment. I have personal knowledge of the matters contained in this declaration and, if called and sworn as a witness, I could and would competently testify to all the matters contained herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of selected pages from the deposition of Laura Anson ("Anson Tr."), Defendant's designee, conducted on August 4, 2023 for use in this action.

3. Attached as **Exhibit B** is a true and correct copy of selected pages from the deposition of Professor Camille Gear Rich ("Rich Tr."), Defendant's expert, conducted on September 20, 2023 for use in this action.

4. Attached as **Exhibit C** is a true and correct copy of selected pages from the deposition of Professor Frank S. Ravitch ("Ravitch Tr."), Defendant's expert, conducted on September 21, 2023 for use in this action.

5. Attached as **Exhibit D** is a true and correct copy of selected pages from the deposition of Professor Ajantha Subramanian ("Subramanian Tr."), Defendant's expert, conducted on September 20, 2023 for use in this action.

6. Attached as **Exhibit E** is a true and correct copy of an email dated July 26, 2021 sent by then Interim Executive Vice Chancellor, Fred Wood, which was produced by Defendant in this case bearing Bates label CSU001215.

---

[1] This Declaration and annexed Exhibits are filed in support of Plaintiffs' Opposition to Defendant's Combined Trial Brief and Motion for Summary Judgment or Partial Summary Judgment and the Joint Statement of Undisputed and Disputed Facts.

7. Attached as **Exhibit F** is a true and correct copy of selected pages from The Congressional Debates of the 14th Amendment to the United States Constitution

8. Attached as **Exhibit G** is a true and correct copy of selected pages from the deposition testimony of Praveen Sinha ("Sinha Tr."), conducted on August 11, 2023 for use in this action.

9. Attached as **Exhibit H** is a true and correct copy of selected pages from the deposition testimony of Sunil Kumar ("Kumar Tr.") conducted on August 9, 2023 for use in this action.

10. Attached as **Exhibit I** is a true and correct copy of the Oxford English Dictionary definition of "caste".

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed this 3rd day of October 2023.


/s/ *Michael K. Twersky*
Michael K. Twersky

**DECLARATION OF MICHAEL K. TWERSKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S COMBINED TRIAL BRIEF AND MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**