# EXHIBIT "B"

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


SUNIL KUMAR, Ph.D                )
PRAVEEN SINHA, Ph.D.,            )
                                 )
         Plaintiffs,             )
v.                               ) Case No.
                                 ) 2:22-CV-07550-RGK-MAA
DR. JOLENE KOESTER, in her       )
official capacity as             )
Chancellor of California         )
State University,                )
                                 )
         Defendant.              )
_____)



REMOTE DEPOSITION OF:

PROFESSOR CAMILLE GEAR RICH,

WEDNESDAY, SEPTEMBER 20, 2023




REPORTED BY:
Angelica R. Gutierrez
CSR No. 13292



Page 19

1   caste groups referenced in each of these resolutions

2   are part of a Hindu tradition called Varna?  Do you

3   have any familiarity with that association?

4        A    I'm not as familiar with the specifics in

5   terms of how particular castes are broken down.  I know

6   sometimes there's as many as 32 different, you know,

7   sub caste.  They are call different things depending

8   what region of the world these issues come up in.  So,

9   you know, they -- they called different things to the

10  extent that there's a sort of Dalai category, but it's

11  within the Muslim faith, in the buddihist community.

12  So it -- it arises in different religious tradition,

13  and it's called different things.  I wouldn't

14  necessarily put too much weigh on this particular

15  grouping because they are sometimes different

16  descriptors used for those groupings.  But I do -- I do

17  see the language that you are -- you are pointing to

18  here.

19       Q    Okay.  And like the CFA resolution, do you

20  have an understanding whether or not the CSSA

21  resolution was part of what CSU relied upon in its

22  decision to add caste to the non-discrimination policy?

23       MR. BURRIS:  Foundation and outside the scope.

24  And, Professor Rich, you probably know this, but when I

25  raise an objection you can still answer.



Page 20

1           THE WITNESS:  Okay.

2      A    Again, I can only say that I saw that this

3  document was referenced in other documents and was

4  discussed in the process leading up to the creation of

5  the caste provision.  I don't know what precise role

6  they played.

7           MS. WEISSER:  Q.  Okay.  Did you -- in the

8  course of preparing your report, did you speak with

9  anyone at CSU about either of these resolutions?

10     A    No.

11     Q    Okay.

12          All right.  We can put Exhibits 1 and 2 to the

13  side for the time being.

14          So, Professor Rich, what is caste?

15     A    What is caste within the -- let me just

16  provide a foundation for what I'm about to say which

17  is --

18     Q    Yes, please do.

19     A    My entire -- sort of my life's work has been

20  about how definitions of race can't be understood in

21  the abstract, that they are also defined in relation to

22  whatever provision is at issue.  So when the government

23  talks about race in the awarding of grants or just

24  pharmaceutical for the study of disease, they're

25  invoking a particular concept of race.  When a statute



Page 21

1  refers to race in the context of any discrimination

2  provisions, the definition of race, right, shifts in

3  response to the needs of that particular administrative

4  or legislative regime.  So when you asked me, "What is"

5  -- when you asked me, "What is caste," you leave me a

6  little bit short of rudderless because those terms

7  always get defined in a functional sense in relation to

8  what it is that particular legal provision is

9  attempting to do.  And what I've been trying to sort of

10  explain through my work over the years is that the

11  failure to fully understand that causes people to say

12  things like "Races can't be defined" or "It's nearly

13  impossible to define race," when we've actually been

14  working with a functional definition of race for, like,

15  a hundred years.  So when -- when you ask me more

16  generally what caste is, I say, you know, what is

17  caste, how is caste operating within a particular

18  regime, and is there enough there to help us define

19  what is meant by that?  So I -- I don't mean to sort of

20  not answer your question, but I hope that provides some

21  explanation for why the question itself gives me some

22  pause.

23       Q    I think that's fair.

24            So do you have a general understanding of

25  caste, or would you say there's no such thing as



Page 29

1    quite necessary yet and that they are adopting this

2    very slow incremental, gradual approach that, you know,

3    I can't find fault with because it's been what's

4    informed anti-discrimination law, you know, since the

5    past Title VII.

6        Q    You also said at one point at -- in one of

7    your previous answers that "Religion is also correlated

8    with caste."

9            What did you mean by that?

10       A    So one of the -- one of the sort of earliest,

11   like -- and -- and oldest definitions of caste that

12   I've seen has been the one that's talked about the

13   Hindu faith and this notion of spiritual purity as

14   being part of the understanding of caste.  That's not

15   true with regard to how caste is operating, let's say,

16   in the Japanese community or for Nigerians in their

17   definition of -- they're all -- they're all quite

18   different.  So I don't mean to sort of make it over

19   determined by the Hindu example, but that is at least

20   one part of it.  My understanding of how destructive

21   discrimination against Dalais or -- or persons who are

22   outside the sort of higher level, more privileged caste

23   groups that the discrimination is so profound that

24   things have happened like Dalais have fled to

25   Christianity and become Christians or created different



Page 30

1   religious groups.  So in those circumstances, when you

2   try to describe it as religious discrimination, right,

3   it starts to take on -- the case law on it would be

4   very confusing and fractured because you'd have to

5   account for within religion -- within religious group

6   discrimination, also, cross religious group

7   discrimination in ways that might confuse courts unless

8   they understood the category of caste.  And the

9   understanding that even though these two people are

10  Christians, even though these two same color, right,

11  even if they're from the same part of the word, that it

12  then -- it's sometimes described as indigenous or

13  tribal, that that particular way of understanding

14  relationships informs the discrimination in this case.

15          So the origin is in the Hindu tradition for

16  this particular definition, but it migrates out of it.

17  Some scholars have argued that it still counts as

18  religious discrimination because to the extent you're

19  drawing back for that Hindu tradition and Dalais, even

20  if people have move outside of the religion, there's

21  still a residuum of -- of sort of religion affiliation

22  associated with it that it's informed.  You know, some

23  courts would struggle with that, and -- and I think

24  that this is where the addition of the word "caste" is

25  helpful is because you -- you can stay within the



Page 35

1   describing it, but they were saying, "I want to be an
2   ally, and I understand this is a problem, and I'm very
3   certain about it.  I'm very concerned about it being a
4   part of American culture."
5       Q    Okay.  I know you said you didn't review
6   any -- anything that was denominated as a survey or a
7   poll or something like that in preparing your report.
8            Do you know if CSU conducted any such polls or
9   surveys regarding the ordinary person's understanding
10  of caste in its community?  Do you know if they
11  conducted that kind of survey research?
12      A    I don't know.
13      Q    Okay.  You obviously have a storied and
14  impressive career both in terms of anti-discrimination
15  law and, you know, DEI initiatives.
16           Based on your professional experience, would
17  you think it would be important to conduct those types
18  of surveys to understand what the community believes
19  caste means?
20      A    God, I sound like a law professor again.  I'm
21  so sorry.
22      Q    I'm sure hard for you to avoid that.  I fee
23  like I'm transported 20 years.
24      A    I'm so sorry.  So, right, law plays a couple
25  of different functions.  Okay.  One function that law

