# EXHIBIT "C"

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

```
                                    )
SUNIL KUMAR, Ph.D., PRAVEEN SINHA,  )
Ph.D.,                              )
                                    )
               Plaintiff,           )
                                    )No.:22:22-CV-07550-RGK-MAA
        vs.                         )
                                    )
DR. JOLENE KOESTER, in her          )
official capacity as Chancellor of  )
California State University,        )
                                    )
               Defendants.          )
_____)
```

DEPOSITION OF PROFESSOR FRANK S. RAVITCH

California

September 21, 2023

Volume I

Magna Legal Services

866-624-6221

www.MagnaLS.com

Reported by:

TINA MARIE LITCHFIELD

CSR No. 12409

Job No. 1033527

PAGES 1-69



Page 27

```
 1              And that is the unfortunate reality of
 2   caste.
 3       Q    Jared, can you pull up Exhibit 3?
 4       (Exhibit 3 was marked for identification and is
 5                   attached hereto.)
 6              (Document Shared on Screen)
 7              So we talked about the definitions of
 8   caste.  You were just testifying to that.
 9              And this is the Merriam-Webster's
10   definition of caste.
11              Can you just read the first definition?
12       A    "One of the hereditary social classes in
13   Hinduism that restrict the occupation of their members
14   and their association with the members of other castes."
15              Which is interesting, usually
16   Merriam-Webster would not make an error like that.
17       Q    So your testimony is Merriam-Webster's
18   Dictionary is wrong?
19       A    No.  My testimony is that they are saying "in
20   Hinduism," not as a historical matter.
21              Normally they would have used something
22   referring more towards the past tense.
23              Again, I'm not an expert on the
24   Merriam-Webster Dictionary.  But I would look at the
25   other definitions as more consistent with my
```

