**EXHIBIT "D"**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - - - x

SUNIL KUMAR, Ph.D, PRAVEEN SINHA, Ph.D.,

       Plaintiff,

             Case No.

             2:22-CV-07550-RGK-MAA

     -against-

DR. JOLENE KOESTER, in her official capacity

as Chancellor of California State University,

     Defendant.

- - - - - - - - - - - - - - - - - - - x

         VIRTUAL CONFERENCE

         September 25th, 2023

         11:03 a.m.

  EXAMINATION BEFORE TRIAL of PROFESSOR

AJANTHA SUBRAMANIAN, the Defendant herein,

taken by MR. SHAEFFER, in the above-entitled

action, held at the above time and place,

pursuant to Subpoena, taken before ALEXIS

TORRES, a Shorthand Reporter and Notary Public

within and for the State of New York.

       Magna Legal Services

        (866)624-6221

        www.MagnaLS.com



```
 1
 2               A. SUBRAMANIAN
 3    one definition that explicitly
 4    references the South Asian caste
 5    system, and then there will be a second
 6    definition, which sort of generalizes
 7    it to a kind of global phenomenon,
 8    right?
 9           So there, you see that caste has
10    become a kind of umbrella category to
11    talk about different descent based
12    systems.  Why that's happened?  I mean,
13    that's a historical question, right?
14    Why does one term become a kind of
15    umbrella term to encompass, you know,
16    different iterations, right, of a
17    social system?  That's a historical
18    question that I don't have enough
19    expertise to answer.
20        Q. Are you offering any opinions on
21    how an ordinary American would
22    understand the term caste?
23               MR. MICHALOWSKI:  Vague and
24        ambiguous.  You can answer.
25        A. I don't know how -- you know,
```



1

2                A. SUBRAMANIAN

3    what different Americans come to the

4    term with.  I mean, it probably varies

5    widely depending on who the person is.

6        Q. You mentioned a moment ago that

7    it's becoming an umbrella term.  I'm

8    just wondering where it's becoming an

9    umbrella term.  Is it becoming an

10   umbrella term in academia, or is it

11   becoming an umbrella term in your area

12   of specialty of anthropology, or are

13   you offering any opinion as to it

14   becoming an umbrella term in just

15   common parlance?

16       A. I think, again, like, it's a

17   very contextually specific.  So the --

18   Professor Ravich's report suggest that

19   it's been an umbrella term in U.S. law

20   for quite a while, right?  In terms of

21   the American public, I think the

22   publication of Isabel Wilkerson's book,

23   Caste, which, you know, shot up to the

24   bestseller list, I think that has been

25   really influential in sort of educating



```
 1
 2                A. SUBRAMANIAN
 3    within governing structures.  They
 4    likened those groups to "Castas,"
 5    right?  Which were similar, sort of,
 6    ranked, social groups in the Iberian
 7    Empires, right?  So there was a sort of
 8    analogy that they drew between
 9    descent-based forms of social
10    stratification, the Iberian Empires,
11    and the descent-based forms of social
12    stratification in South Asia, which
13    went by the term Jati.
14            So that sort of correlation was
15    drawn, and -- and you know, as with any
16    correlation, they were both -- there
17    were accuracy and inaccuracy, I
18    suppose.  But since the 16th century,
19    caste has become indigenized in the way
20    that, you know, if you look
21    historically, there's lot of what are
22    called "loan words" that come into a
23    social space and then become sort of
24    indigenized within that social space.
25    So that's what has happened with caste.
```



Page 74

```
 1
 2              A. SUBRAMANIAN
 3   caste as a protected category, and
 4   yeah, there seems to be a pretty common
 5   sense understanding of what it is.
 6   That it is -- that it's a hereditary
 7   and hierarchical form of social
 8   difference.  I mean, that seems to be
 9   what is a kind of common sense
10   understanding of it.
11              (Whereupon, an essay was
12       marked as Plaintiff's Exhibit 3
13       for Identification.)
14       Q. Let me show you an article that
15   you wrote a couple years ago for the
16   New York Times, if you still stand by
17   what you said.  An essay titled, "Why
18   Is Caste Inequality Still Legal in the
19   United States."
20       A. Mm-hmm.
21       Q. Is that an essay you co-authored
22   on around May 25th, 2021?
23       A. Mm-hmm.
24       Q. Is that a "Yes?"
25       A. Yes.
```



A. SUBRAMANIAN
Q. Sorry, one of the other rules that I forgot to tell you is, "Mm-hmm" and "Uh-huh" cannot be transcribed.
A. Yes, okay.
Q. And nods of the head also. So occasionally I will remind you.
MR. MICHALOWSKI: I am quite impressed that we've made it 80 minutes into the deposition and we've just heard our first "Mm-hmm." So nicely done, Professor.
By the way, Professor, we've been going about 80 minutes. If, at any point, you need a break, maybe after this line of questioning would be a good time to take a break.
MR. SHAEFFER: Sure. Let's take a break after this question.
Q. You wrote this article?
A. Yes.
Q. And the very first sentence



```
 1
 2                 A. SUBRAMANIAN
 3    says, "Caste is not well understood in
 4    the United States?"
 5         A. Mm-hmm.
 6         Q. There you go again.
 7         A. Yes.
 8         Q. And you still stand by that
 9    statement?
10         A. So what I would say is that I
11    don't think that caste -- the nuances
12    of how caste functions among -- which
13    is what I said -- among people of South
14    Asian descent, I don't think those
15    nuances are well understood.  Does that
16    mean that caste, more generally, as a
17    kind of hierarchical and hereditary
18    system is not understood?  No.
19              I think that most people
20    understand caste as -- like, the
21    foundational principles of caste, which
22    is heredity and hierarchy, I think
23    those are understood, but the nuances
24    of what caste references, the forms of
25    social distinction, I mean -- I don't
```



Page 100

```
 1
 2              A. SUBRAMANIAN
 3        Q. There's more than one billion
 4   Indians across the world, aren't there,
 5   of people of Indian descent?
 6        A. Sure, but it doesn't say that
 7   that one billion people are all South
 8   Asians.  It says, "Caste is a structure
 9   of oppression that affects one billion
10   people across the world based in birth
11   that determines social status and
12   assigning spiritual purity."  And then
13   they go on to further -- one can think
14   of the second as an instance of the
15   first or one can think of the second as
16   equal to the first.  And I think it's
17   kind of ambiguous whether it's one
18   instance of a larger structure of
19   oppression or whether this is the only
20   reference for that structure of
21   oppression.
22        Q. It says there are four main
23   caste groups, and it identifies the
24   four from the Varna and than as the
25   Dalits, correct?
```



Page 101

1

2                    A. SUBRAMANIAN

3          A. Yes.

4          Q. And if I'm in China, those caste

5     groups don't exist in china outside the

6     India diaspora, do they?

7          A. No, they don't.

8          Q. And they don't exist really

9     anywhere in the world outside South

10    Asia, correct, except with the diaspora

11    of South Asians?

12         A. Right.

13             (Whereupon, CSSA resolution

14         was marked as Plaintiff's Exhibit

15         5 for Identification.)

16         Q. Let me mark the students.  This

17    is Exhibit 5.  This is the Cal State

18    Student Association's resolution, and

19    it's virtually identical or very, very

20    similar to the faculty one, correct?

21         A. Yes.

22         Q. It identifies the four caste

23    groups that are identified by the

24    Varna, right?

25         A. Mm-hmm.



Page 104

```
 1
 2               A. SUBRAMANIAN
 3    action categories of the Indian state.
 4    Like, all of these are ways of thinking
 5    about caste difference.  And one or
 6    more of them can be in place at any
 7    given moment, so it really depends.
 8        Q. Is there a consensus?
 9        A. On what?
10        Q. Would you agree, is there a
11    consensus in the academic community?  I
12    know there is an outliner for
13    everything.  Is there an consensus in
14    the academic community that Jati and
15    caste are used interchangeable?
16        A. I would say that caste is the
17    most common translation of the word
18    Jati in -- you know, in anglophone
19    scholarship.
20        Q. And then, Varna is just
21    something completely different, Varna a
22    textual hypothetical social
23    organization?
24        A. Yeah.  You know, I think -- I
25    tend to think about Varna, again, as a
```



1

2                    A. SUBRAMANIAN

3        A. No, but this is why caste is a

4    useful umbrella term because it's a

5    kind of -- what's that word in

6    linguistic anthropology?  It's a kind

7    of mediating term, right, that allows

8    you to draw comparisons between similar

9    social institutions in other places.

10   Yeah.

11       Q. We were talking a moment ago,

12   before I got sidetracked again, about

13   your opinion that caste is not -- let

14   me step back a bit.  Is it your opinion

15   that caste is not derived from

16   Hinduism, or is it your opinion that

17   caste is not associated by people

18   rightly or wrongly with Hinduism?

19       A. The first.

20       Q. And are you offering?

21       A. The first.  It's not derived

22   from Hinduism, but yes, it is often

23   associated with Hinduism.

24       Q. Looking at pages 7 and 8 of your

25   report --



Page 148

 1
 2              A. SUBRAMANIAN
 3     what I've heard, which is it's
 4     socioeconomic discrimination?
 5         A. He uses a --
 6
 7              MR. MICHALOWSKI:  I'm sorry,
 8         Professor, to interrupt you.  I
 9         need to make my objection, which
10         is the question is compound, the
11         question poses an incomplete
12         hypothetical.  You can answer.
13         A. He uses himself as an example.
14     He's a dark skinned Harvard professor,
15     and he describes forms of colorism that
16     he was subjected to.
17         Q. Okay.  Wrapping up a few more
18     questions.  Can someone in the United
19     States, who's not of South Asian
20     descent, be a victim of caste
21     discrimination that's distinct from
22     racial ethnic discrimination?
23         A. If they've been discriminated
24     against on the basis of descent, yes.
25         Q. So why not use the word descent?



```
 1
 2              A. SUBRAMANIAN
 3              MR. MICHALOWSKI:
 4         Foundation.
 5         A. Why not use the term caste?
 6         Q. Isn't descent a much more
 7    inclusive and understandable term
 8    amongst the general population of the
 9    United States?
10              MR. MICHALOWSKI:  Objection.
11         This specific question has been
12         asked and answered, and Professor
13         Subramanian is not a linguist.
14         She's been designated to testify
15         based on her anthropological
16         background, so this question is
17         beyond the scope and lacks
18         foundation.
19         Q. Answer.
20         A. I don't have an answer.
21         Q. In terms of the South Asian
22    diaspora, can someone's caste commonly
23    be determined by their name; is their
24    name an indication of caste?
25         A. It can be.
```

