# EXHIBIT "E"

Sent from my iPhone

On Jul 26, 2021, at 5:39 PM, Wood, Fred <fwood@calstate.edu> wrote:

Dear Trustee Fong,

Thank you for your question.  Let me begin this brief response by apologizing for the delay in responding to your request.  I also apologize for what may be dated information on this issue since I have been away from the office.

We first became aware of student interest in this issue when we received a number of "form letters" from both CSU students (mainly from SLO) and students from a number of other non-CSU universities regarding this issue.  We then received a resolution from the SLO ASI which was followed by a CSSA resolution.  AVC Hong then briefed the Chancellor's Council based on her research of the issue and on the discussion at the CSSA, which she reported was dominated by input from a number of non-CSU speakers.  Anticipating media interest, we developed the attached "Talking Points" as we began further discussion of what steps we might take next.  Since this issue has a number of HR and OGC related aspects, we have created a small workgroup to discuss this in greater detail and to bring recommendations to the Chancellor's Council for consideration.  Thanks again for asking about this.  I hope this brief is helpful.

Fred

Fred Wood, Ph.D.
Interim Executive Vice Chancellor
Academic and Student Affairs

<image001.png>
401 Golden Shore, 6th Floor, Long Beach, CA 90802-4210
Tel 562-951-4710 / E-mail: fwood@calstate.edu

---

**From:** "Fong, Wenda" <fongwenda@calstate.edu>
**Date:** Sunday, July 4, 2021 at 1:23 PM
**To:** "Castro, Joseph" <jcastro@calstate.edu>, Larry Salinas <lsalinas@calstate.edu>, "Wood, Fred" <fwood@calstate.edu>, "Kimbell, Lillian" <lillikimbell@calstate.edu>
**Subject:** Los Angeles Times article: 7/4 Caste System

https://enewspaper.latimes.com/infinity/latimes/default.aspx?pubid=50435180-e58e-48b5-8e0c-236bf740270e

Hi All:

I read in today's Los Angeles Times in the California section the article about the South Asian caste system.  I recall in the May board meeting that the CSSA resolution banning caste-based discrimination.  This article mentions that the CSU is discussing the systemwide resolution on caste protection.

I would appreciate any information on this.

Thank you very much,
Wenda

Shared via the Google app

Sent from my iPhone
<CSSA Resolution Caste Talking Points 050321[1].docx>

CSU_001215