# EXHIBIT "G"


Certified Copy

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph.D., PRAVEEN SINHA, Ph.D., | ) Case No. <br> ) 2:22-cv-07550 <br> ) RGK-MAA <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) |
| DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

VIDEOTAPED DEPOSITION OF
PRAVEEN SINHA, Ph.D.
Zoom Remote Location
August 11, 2023
TOTAL PAGES 177
(PAGES 162 THROUGH 163 MARKED CONFIDENTIAL)


REPORTED BY:   BOBBIE HIBBLER, CSR NO. 12475

Praveen Sinha, PhD, 8/11/2023

| | | |
|---|---|---|
| 1 | from 130 to 285. Is this all making sense? | 10:43 |
| 2 | A. Yeah. I'm trying to find it. Give me a | 10:43 |
| 3 | second, please. 130 to 285; is that correct? | 10:44 |
| 4 | Q. Yes. Open that document and then within | 10:44 |
| 5 | that go to 157. | 10:44 |
| 6 | A. 157, okay. I'm there. | 10:44 |
| 7 | Q. Okay. So, here on 157 you say, "Hi | 10:44 |
| 8 | Suhagji and Suniji, My revised drafted and an | 10:44 |
| 9 | academic article on Caste in China." | 10:45 |
| 10 | Does this help refresh your recollection | 10:45 |
| 11 | of what the article was? | 10:45 |
| 12 | A. As I -- no. I know that there was an | 10:45 |
| 13 | article. I did not read it. And, the kind of | 10:45 |
| 14 | questions you're asking is totally not to my | 10:45 |
| 15 | knowledge. So, I forwarded that to the concerned | 10:45 |
| 16 | people. But I did not read it. | 10:45 |
| 17 | Q. Why did you forward it to them? | 10:45 |
| 18 | A. Suhag is dealing with these matters | 10:45 |
| 19 | relating to caste more actively. And, I'm a | 10:45 |
| 20 | faculty. I don't spend all my time looking into | 10:45 |
| 21 | such on this topics. | 10:45 |
| 22 | Q. And, by that you mean Suhag Shukla, the | 10:45 |
| 23 | executive. And, she's the executive director of | 10:45 |
| 24 | the Hindu American Foundation? | 10:45 |
| 25 | A. That's correct. | 10:45 |

Praveen Sinha, PhD, 8/11/2023

| | | |
|---|---|---|
| 1 | Q.  And, is she also one of your attorneys | 10:45 |
| 2 | in this case? | 10:45 |
| 3 | A.  That is correct. | 10:45 |
| 4 | Q.  You also said -- while we're here we | 10:45 |
| 5 | might as well finish this off.  It says my revised | 10:45 |
| 6 | draft is also attached.  Actually, let's save that | 10:46 |
| 7 | for after our break so we can look at the earlier | 10:46 |
| 8 | documents. | 10:46 |
| 9 | MR. MICHALOWSKI:  Let's take 10 minutes | 10:46 |
| 10 | and reconvene at 10:56, 10:57.  We can go off the | 10:46 |
| 11 | record. | 10:46 |
| 12 | THE VIDEOGRAPHER:  Off the record.  Time | 10:46 |
| 13 | is 10:46 a.m. | 10:46 |
| 14 | (WHEREUPON, A BREAK WAS TAKEN AND THE | 10:46 |
| 15 | PROCEEDINGS CONTINUED AS FOLLOWS:) | 10:46 |
| 16 | THE VIDEOGRAPHER:  This begins Media No. | 10:46 |
| 17 | 2.  And the time on the record is 10:58 a.m. | 10:58 |
| 18 | BY MR. MICHALOWSKI: | 10:58 |
| 19 | Q.  So, Professor, we're back on the record. | 10:58 |
| 20 | I'm going to be asking you some | 10:59 |
| 21 | questions about your caste background.  The reason | 10:59 |
| 22 | for this is because there are allegations in the | 10:59 |
| 23 | complaint related to caste.  And, that's why I | 10:59 |
| 24 | need to ask you about it.  So, do you believe that | 10:59 |
| 25 | you have a caste? | 10:59 |

Praveen Sinha, PhD, 8/11/2023

| | | |
|---|---|---|
| 1 |     A.   I can only speak for them through the | 11:08 |
| 2 | data that I have seen in published studies. | 11:08 |
| 3 |     Q.   And, you've read published studies on | 11:08 |
| 4 | caste blindness among Indian-Americans? | 11:08 |
| 5 |     A.   A close correlation of that is caste | 11:08 |
| 6 | discrimination, which is more egregious. And, | 11:09 |
| 7 | I've seen studies on that. | 11:09 |
| 8 |     Q.   Are you referring to the Carnegie study? | 11:09 |
| 9 |     A.   Yeah. I've seen that study, yeah. | 11:09 |
| 10 |     Q.   Are you referring to any other studies? | 11:09 |
| 11 |     A.   That is the authoritative study that I | 11:09 |
| 12 | know of. There are other studies which are of | 11:09 |
| 13 | very limited credibility and scientifically | 11:09 |
| 14 | flawed. | 11:09 |
| 15 |     Q.   Are you aware of any other studies on | 11:09 |
| 16 | this issue? | 11:09 |
| 17 |     A.   Yes, I am. | 11:09 |
| 18 |     Q.   What are they? | 11:09 |
| 19 |     A.   The study is by Equality Labs, which is | 11:09 |
| 20 | what I mentioned earlier to be the most flawed | 11:09 |
| 21 | study on this topic. | 11:09 |
| 22 |     Q.   So, you've now named two studies; one by | 11:09 |
| 23 | Carnegie which you believe to be scientifically | 11:09 |
| 24 | sound, one study by Equality Labs, which you do | 11:09 |
| 25 | not believe to be scientifically sound. Do I have | 11:09 |

Praveen Sinha, PhD, 8/11/2023

| | | |
|---|---|---|
| 1 | that correct? | 11:10 |
| 2 | A. That is correct. There might be one | 11:10 |
| 3 | more study which looks at that topic, but that is | 11:10 |
| 4 | not in the US. | 11:10 |
| 5 | Q. So, your conclusion -- the Carnegie | 11:10 |
| 6 | study clearly doesn't make any conclusions that | 11:10 |
| 7 | all Indian-Americans are caste blind; fair? | 11:10 |
| 8 | A. It does not look at the issue of caste | 11:10 |
| 9 | blindness. It looks at the issue of caste-based | 11:10 |
| 10 | discrimination. | 11:10 |
| 11 | Q. It concludes that there is no caste- | 11:10 |
| 12 | based discrimination? | 11:10 |
| 13 | A. It reaches a conclusion which is very | 11:10 |
| 14 | close to having no caste-based discrimination in | 11:10 |
| 15 | this country. | 11:10 |
| 16 | Q. That caste-based discrimination is rare? | 11:10 |
| 17 | A. Very rare. | 11:10 |
| 18 | Q. Is that your belief that caste-based | 11:10 |
| 19 | discrimination in the United States is rare? | 11:10 |
| 20 | A. My personal experience I've not seen it. | 11:10 |
| 21 | Based on that study there is a very, very | 11:11 |
| 22 | minuscule small evidence of that. | 11:11 |
| 23 | Q. Does the Carnegie study address | 11:11 |
| 24 | international students? | 11:11 |
| 25 | A. It looks at a highly diversified sample | 11:11 |

Praveen Sinha, PhD, 8/11/2023

| | | |
|---|---|---|
| 1 | And the third is Mahabharat, M-A-H-A-B-H-A-R-A-T. | 11:40 |
| 2 | THE COURT REPORTER:  Thank you. | 11:41 |
| 3 | BY MR. MICHALOWSKI: | 11:41 |
| 4 | Q.   Do you have any views related to caste | 11:41 |
| 5 | that derive from your religious beliefs? | 11:41 |
| 6 | MR. TWERSKY:  Object to the form. | 11:41 |
| 7 | THE WITNESS:  Can I answer it? | 11:41 |
| 8 | MR. TWERSKY:  Yes, yes.  Yes. | 11:41 |
| 9 | A.   I think I already outlined it what my | 11:41 |
| 10 | belief about the caste varna system is.  But if | 11:41 |
| 11 | you want I can elaborate. | 11:41 |
| 12 | BY MR. MICHALOWSKI: | 11:41 |
| 13 | Q.   Yes, I would like you to elaborate. | 11:41 |
| 14 | A.   According to Hindu belief system there | 11:41 |
| 15 | are four varnas we determine what your occupation | 11:41 |
| 16 | is and they can be interchanged.  So, as a | 11:41 |
| 17 | Professor or a lawyer like you are, you're a | 11:41 |
| 18 | Brahman.  As a trader you will be in the Vaisha | 11:41 |
| 19 | category.  As a blue collar worker you will be in | 11:42 |
| 20 | the Shudra category.  If you're in the military, | 11:42 |
| 21 | firefighter you will be Kshatriya.  That's what my | 11:42 |
| 22 | belief about the varna system is. | 11:42 |
| 23 | Q.   And, do you have any -- | 11:42 |
| 24 | A.   Can I complete one more? | 11:42 |
| 25 | Q.   Of course, please. | 11:42 |

**88**