# EXHIBIT "H"



Certified Copy

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph.D., PRAVEEN SINHA, Ph.D., | ) Case No. ) 2:22-cv-07550 ) RGK-MAA ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, | ) ) ) ) ) ) |
| Defendants. | ) ) |

VIDEOTAPED DEPOSITION OF

SUNIL KUMAR, Ph.D.

Zoom Remote Location

August 9, 2023

REPORTED BY:  BOBBIE HIBBLER, CSR NO. 12475

Sunil Kumar, PhD, 8/9/2023

1    A.    No.   None of the Hindu text talks about          12:38
2    caste discrimination.   But the definition adopted       12:39
3    by CSU and CSU community associate it with Hindu          12:39
4    with all the texts.   So, that's why it affects my        12:39
5    religious beliefs.                                        12:39
6        Q.    **So, your testimony is that you had to**       12:39
7    **change your religious beliefs because CSU is**          12:39
8    **barring discrimination based on caste?**               12:39
9        A.    It can.                                         12:39
10       Q.    **Not it can.   My question is this, have**     12:39
11   **you changed your religious beliefs because CSU**        12:39
12   **passed a policy barring caste discrimination?**         12:39
13       A.    So, there is no reason to change the            12:39
14   beliefs so far.   But the situation may arrive and        12:39
15   I will have to change my beliefs.   Unfortunately,        12:39
16   there is no yes or no answer to this.   It's much         12:40
17   more nuanced.                                             12:40
18       Q.    **Did anyone at CSU tell you to change**        12:40
19   **your religious beliefs?**                               12:40
20       A.    No.   Not to my knowledge.                      12:40
21       Q.    **Did anyone at CSU ask you to change your**    12:40
22   **religious beliefs?**                                    12:40
23       A.    So, a few colleagues in the discussion          12:40
24   did question this caste system which makes me             12:40
25   subject to ridicule and not talk about my                 12:40

**106**

Peterson Reporting Video & Litigation Services