RICHARD A. PAUL (SBN 057976)
rich.paul@quarles.com
JEFFREY P. MICHALOWSKI (SBN 248073)
jeff.michalowski@quarles.com
MATTHEW W. BURRIS (SBN 325569)
matt.burris@quarles.com
ADRIELLI FERRER (SBN 348068)
adrielli.ferrer@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant Dr. Jolene Koester

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D., <br><br> Plaintiffs, <br><br> v. <br><br> DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, <br><br> Defendant. | Case No. 2:22-cv-07550-RGK-MAA <br><br> **DECLARATION OF AJANTHA SUBRAMANIAN IN SUPPORT OF DEFENDANT DR. JOLENE KOESTER'S COMBINED TRIAL BRIEF AND MOTION FOR SUMMARY JUDGMENT** <br><br> Date: October 24, 2023 <br> Time: 9:00 a.m <br> Crtrm.: 850 <br> Judge: Hon. R. Gary Klausner <br> Trial Date: October 24, 2023 |

---

DECLARATION OF AJANTHA SUBRAMANIAN IN SUPPORT OF DEFENDANT DR. JOLENE KOESTER'S
COMBINED TRIAL BRIEF AND MOTION FOR SUMMARY JUDGMENT

I, Ajantha Subramanian, declare as follows:

1. I am Professor of Anthropology at the City University of New York, Graduate Center.

2. Attached is a true and correct copy of my expert report in this action, which accurately and truthfully states my opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _12_th day of September, 2023, at Chennai, India.

_____
Ajantha Subramanian