# EXHIBIT "D"

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
- - - - - - - - - - - - - - - - - x
SUNIL KUMAR, Ph.D, PRAVEEN SINHA, Ph.D.,
          Plaintiff,
                    Case No.
                    2:22-CV-07550-RGK-MAA
      -against-
DR. JOLENE KOESTER, in her official capacity
as Chancellor of California State University,

          Defendant.
- - - - - - - - - - - - - - - - - x
                VIRTUAL CONFERENCE
                September 25th, 2023
                11:03 a.m.


      EXAMINATION BEFORE TRIAL of PROFESSOR
AJANTHA SUBRAMANIAN, the Defendant herein,
taken by MR. SHAEFFER, in the above-entitled
action, held at the above time and place,
pursuant to Subpoena, taken before ALEXIS
TORRES, a Shorthand Reporter and Notary Public
within and for the State of New York.
              Magna Legal Services
                 (866)624-6221
                www.MagnaLS.com



Page 17

```
 1
 2            A. SUBRAMANIAN
 3   one definition that explicitly
 4   references the South Asian caste
 5   system, and then there will be a second
 6   definition, which sort of generalizes
 7   it to a kind of global phenomenon,
 8   right?
 9          So there, you see that caste has
10   become a kind of umbrella category to
11   talk about different descent based
12   systems.  Why that's happened?  I mean,
13   that's a historical question, right?
14   Why does one term become a kind of
15   umbrella term to encompass, you know,
16   different iterations, right, of a
17   social system?  That's a historical
18   question that I don't have enough
19   expertise to answer.
20      Q. Are you offering any opinions on
21   how an ordinary American would
22   understand the term caste?
23            MR. MICHALOWSKI:  Vague and
24      ambiguous.  You can answer.
25      A. I don't know how -- you know,
```



Page 18

```
 1
 2              A. SUBRAMANIAN
 3    what different Americans come to the
 4    term with.  I mean, it probably varies
 5    widely depending on who the person is.
 6        Q. You mentioned a moment ago that
 7    it's becoming an umbrella term.  I'm
 8    just wondering where it's becoming an
 9    umbrella term.  Is it becoming an
10    umbrella term in academia, or is it
11    becoming an umbrella term in your area
12    of specialty of anthropology, or are
13    you offering any opinion as to it
14    becoming an umbrella term in just
15    common parlance?
16        A. I think, again, like, it's a
17    very contextually specific.  So the --
18    Professor Ravich's report suggest that
19    it's been an umbrella term in U.S. law
20    for quite a while, right?  In terms of
21    the American public, I think the
22    publication of Isabel Wilkerson's book,
23    Caste, which, you know, shot up to the
24    bestseller list, I think that has been
25    really influential in sort of educating
```



1
2           A. SUBRAMANIAN
3    within governing structures.  They
4    likened those groups to "Castas,"
5    right?  Which were similar, sort of,
6    ranked, social groups in the Iberian
7    Empires, right?  So there was a sort of
8    analogy that they drew between
9    descent-based forms of social
10   stratification, the Iberian Empires,
11   and the descent-based forms of social
12   stratification in South Asia, which
13   went by the term Jati.
14           So that sort of correlation was
15   drawn, and -- and you know, as with any
16   correlation, they were both -- there
17   were accuracy and inaccuracy, I
18   suppose.  But since the 16th century,
19   caste has become indigenized in the way
20   that, you know, if you look
21   historically, there's lot of what are
22   called "loan words" that come into a
23   social space and then become sort of
24   indigenized within that social space.
25   So that's what has happened with caste.



Page 74

1
2      A. SUBRAMANIAN
3  caste as a protected category, and
4  yeah, there seems to be a pretty common
5  sense understanding of what it is.
6  That it is -- that it's a hereditary
7  and hierarchical form of social
8  difference.  I mean, that seems to be
9  what is a kind of common sense
10  understanding of it.
11     (Whereupon, an essay was
12    marked as Plaintiff's Exhibit 3
13    for Identification.)
14    Q. Let me show you an article that
15  you wrote a couple years ago for the
16  New York Times, if you still stand by
17  what you said.  An essay titled, "Why
18  Is Caste Inequality Still Legal in the
19  United States."
20    A. Mm-hmm.
21    Q. Is that an essay you co-authored
22  on around May 25th, 2021?
23    A. Mm-hmm.
24    Q. Is that a "Yes?"
25    A. Yes.



A. SUBRAMANIAN
Q. Sorry, one of the other rules that I forgot to tell you is, "Mm-hmm" and "Uh-huh" cannot be transcribed.
A. Yes, okay.
Q. And nods of the head also. So occasionally I will remind you.
MR. MICHALOWSKI: I am quite impressed that we've made it 80 minutes into the deposition and we've just heard our first "Mm-hmm." So nicely done, Professor.
By the way, Professor, we've been going about 80 minutes. If, at any point, you need a break, maybe after this line of questioning would be a good time to take a break.
MR. SHAEFFER: Sure. Let's take a break after this question.
Q. You wrote this article?
A. Yes.
Q. And the very first sentence



Page 76

```
 1
 2                A. SUBRAMANIAN
 3   says, "Caste is not well understood in
 4   the United States?"
 5        A. Mm-hmm.
 6        Q. There you go again.
 7        A. Yes.
 8        Q. And you still stand by that
 9   statement?
10        A. So what I would say is that I
11   don't think that caste -- the nuances
12   of how caste functions among -- which
13   is what I said -- among people of South
14   Asian descent, I don't think those
15   nuances are well understood.  Does that
16   mean that caste, more generally, as a
17   kind of hierarchical and hereditary
18   system is not understood?  No.
19             I think that most people
20   understand caste as -- like, the
21   foundational principles of caste, which
22   is heredity and hierarchy, I think
23   those are understood, but the nuances
24   of what caste references, the forms of
25   social distinction, I mean -- I don't
```



```
 1
 2                A. SUBRAMANIAN
 3       Q. There's more than one billion
 4   Indians across the world, aren't there,
 5   of people of Indian descent?
 6       A. Sure, but it doesn't say that
 7   that one billion people are all South
 8   Asians.  It says, "Caste is a structure
 9   of oppression that affects one billion
10   people across the world based in birth
11   that determines social status and
12   assigning spiritual purity."  And then
13   they go on to further -- one can think
14   of the second as an instance of the
15   first or one can think of the second as
16   equal to the first.  And I think it's
17   kind of ambiguous whether it's one
18   instance of a larger structure of
19   oppression or whether this is the only
20   reference for that structure of
21   oppression.
22       Q. It says there are four main
23   caste groups, and it identifies the
24   four from the Varna and than as the
25   Dalits, correct?
```



MAGNA LEGAL SERVICES

Page 101

```
 1
 2                A. SUBRAMANIAN
 3        A. Yes.
 4        Q. And if I'm in China, those caste
 5   groups don't exist in china outside the
 6   India diaspora, do they?
 7        A. No, they don't.
 8        Q. And they don't exist really
 9   anywhere in the world outside South
10   Asia, correct, except with the diaspora
11   of South Asians?
12        A. Right.
13             (Whereupon, CSSA resolution
14        was marked as Plaintiff's Exhibit
15        5 for Identification.)
16        Q. Let me mark the students.  This
17   is Exhibit 5.  This is the Cal State
18   Student Association's resolution, and
19   it's virtually identical or very, very
20   similar to the faculty one, correct?
21        A. Yes.
22        Q. It identifies the four caste
23   groups that are identified by the
24   Varna, right?
25        A. Mm-hmm.
```



```
 1
 2              A. SUBRAMANIAN
 3    action categories of the Indian state.
 4    Like, all of these are ways of thinking
 5    about caste difference.  And one or
 6    more of them can be in place at any
 7    given moment, so it really depends.
 8         Q. Is there a consensus?
 9         A. On what?
10         Q. Would you agree, is there a
11    consensus in the academic community?  I
12    know there is an outliner for
13    everything.  Is there an consensus in
14    the academic community that Jati and
15    caste are used interchangeable?
16         A. I would say that caste is the
17    most common translation of the word
18    Jati in -- you know, in anglophone
19    scholarship.
20         Q. And then, Varna is just
21    something completely different, Varna a
22    textual hypothetical social
23    organization?
24         A. Yeah.  You know, I think -- I
25    tend to think about Varna, again, as a
```



Page 106

A. SUBRAMANIAN

3     A. No, but this is why caste is a
4 useful umbrella term because it's a
5 kind of -- what's that word in
6 linguistic anthropology? It's a kind
7 of mediating term, right, that allows
8 you to draw comparisons between similar
9 social institutions in other places.
10 Yeah.
11     Q. We were talking a moment ago,
12 before I got sidetracked again, about
13 your opinion that caste is not -- let
14 me step back a bit. Is it your opinion
15 that caste is not derived from
16 Hinduism, or is it your opinion that
17 caste is not associated by people
18 rightly or wrongly with Hinduism?
19     A. The first.
20     Q. And are you offering?
21     A. The first. It's not derived
22 from Hinduism, but yes, it is often
23 associated with Hinduism.
24     Q. Looking at pages 7 and 8 of your
25 report --



```
 1
 2              A. SUBRAMANIAN
 3    what I've heard, which is it's
 4    socioeconomic discrimination?
 5         A. He uses a --
 6
 7              MR. MICHALOWSKI:  I'm sorry,
 8         Professor, to interrupt you.  I
 9         need to make my objection, which
10         is the question is compound, the
11         question poses an incomplete
12         hypothetical.  You can answer.
13         A. He uses himself as an example.
14    He's a dark skinned Harvard professor,
15    and he describes forms of colorism that
16    he was subjected to.
17         Q. Okay.  Wrapping up a few more
18    questions.  Can someone in the United
19    States, who's not of South Asian
20    descent, be a victim of caste
21    discrimination that's distinct from
22    racial ethnic discrimination?
23         A. If they've been discriminated
24    against on the basis of descent, yes.
25         Q. So why not use the word descent?
```



1
2           A. SUBRAMANIAN
3           MR. MICHALOWSKI:
4     Foundation.
5     A. Why not use the term caste?
6     Q. Isn't descent a much more
7  inclusive and understandable term
8  amongst the general population of the
9  United States?
10          MR. MICHALOWSKI: Objection.
11     This specific question has been
12     asked and answered, and Professor
13     Subramanian is not a linguist.
14     She's been designated to testify
15     based on her anthropological
16     background, so this question is
17     beyond the scope and lacks
18     foundation.
19     Q. Answer.
20     A. I don't have an answer.
21     Q. In terms of the South Asian
22  diaspora, can someone's caste commonly
23  be determined by their name; is their
24  name an indication of caste?
25     A. It can be.

