JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University,<br><br>　　　　　Defendant. | Case No. 2:22-cv-07550-RGK-MAA<br><br>**JUDGMENT IN FAVOR OF DEFENDANT** |

In accordance with the Court's Order Re: Court Trial on the Briefs dated November 21, 2023 (ECF No. 125),

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Judgment is entered in favor of Defendant Dr. Jolene Koester, in her official capacity as Chancellor of California State University, and against Plaintiffs Sunil Kumar, Ph.D. and Praveen Sinha, Ph.D., on all of Plaintiffs' claims.

2. Plaintiffs shall take nothing by way of the First Amended Complaint.

3. Defendant is the prevailing party in this action.

4. Defendant may file an application to tax costs with this Court in accordance with the Local Rules.

DATED: 11/30/2023

_____
Hon. R. Gary Klausner
United States District Judge

FINAL JUDGMENT

1  Presented By:
2
3   /s/ Matthew P. Burris
4  RICHARD A. PAUL
   JEFFREY P. MICHALOWSKI
5  MATTHEW W. BURRIS
   ADRIELLI FERRER
6  Attorneys for Chancellor Jolene Koester
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28