Jeffrey P. Michalowski (SBN 248073)
Matthew W. Burris (SBN 325569)
Quarles & Brady LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Ph: 619-237-5200
Email: matthew.burris@quarles.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL KUMAR, Ph.D., PRAVEEN SINHA, Ph.D. | CASE NUMBER<br>2:22-cv-07550-RGK-MAA |
| v.                           PLAINTIFF(S), | |
| DR. JOLENE KOESTER | **APPLICATION TO THE CLERK<br>TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov court-procedures filing-procedures bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Dr. Jolene Koester |
| Judgment entered on: | November 30, 2023 |  Docket #: | 127 |
| Names of party(ies) against whom judgment was entered: | Sunil Kumar, Ph.D., Praveen Sinha, Ph.D. |

### DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: December 6, 2023

Signature: /s/ Matthew W. Burris
Name: Matthew W. Burris
☒ Attorney of Record for: Defendant Dr. Jolene Koester

---

### COURT USE ONLY

☐ Application GRANTED in whole/part; costs are taxed in the amount of $
☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1).
　　　　　　　　　　　　　　 ☐ Insufficient supporting documentation provided (L.R. 54-2.1).
　　　　　　　　　　　　　　 ☐ Filer is not prevailing party (L.R. 54-1).

Date: 　　　　　　　　**Kiry K. Gray, District Court Executive/Clerk of Court**
　　　　　　　　By:
　　　　　　　　　　Deputy Clerk

---

**Case Title:** Kumar, et al. v. Koester ; **Case No:** 2:22-cv-07550-RGK-MAA

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| 1 | | *L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | | $0.00 | N/A | | | | |
| 2 | | *L.R. 54-3.2 Fees for Service of Process* | | | | | |
| | | $0.00 | N/A | | | | |
| 3 | | *L.R. 54-3.3 United States Marshal's Fees* | | | | | |
| | | $0.00 | N/A | | | | |
| 4 | | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | | |
| | | $0.00 | N/A | | | | |
| 5 | | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* | | | | | |
| | | $7,299.63 | See Exh. 1-5. | | | | |
| 6 | | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | $120.00 | See Witness Chart. | | | | |
| 7 | | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | | |
| | | $0.00 | N/A | | | | |
| 8 | | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | $0.00 | N/A | | | | |
| 9 | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | | |
| | | $0.00 | N/A | | | | |
| 10 | | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | $300.00 | See Exhibit 7. | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | $0.00 | N/A | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | $0.00 | N/A | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | $0.00 | N/A | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | $0.00 | N/A | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | $0.00 | N/A | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | $2,633.50 | (See Exhibit 6) | | | | |
| 11 | | **L.R. 54-3.11 Premiums on Undertakings and Bonds** | | | | | |
| | | $0.00 | N/A | | | | |
| 12 | | **L.R. 54-3.12 Other Costs** (*Court order must be attached; only visual aids, models, and photographs taxable under this rule*) | | | | | |
| | | $0.00 | N/A | | | | |
| 13 | | **L.R. 54-3.13 State Court Costs** (*taxable only if taxable in state court; include citation to applicable state statute or rule*) | | | | | |
| | | $0.00 | N/A | | | | |
| 14 | | **L.R. 54-4 Items Taxable as Costs on Appeal** (*only items taxable under Fed. R. App. P. 39(e)*) | | | | | |
| | | $0.00 | N/A | | | | |
| 15 | | **L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court** | | | | | |
| | | $0.00 | N/A | | | | |
| **TOTAL** | | $10,233.13 | | $ | $ | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** Kumar, et al. v. Koester          ; **Case No:** 2:22-cv-07550-RGK-MAA

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees.

.

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Ajantha Subramanian, New York, NY | 1 | $40.00 | | | | | $          40.00 |
| Camille Rich, Los Angeles, CA | 1 | $40.00 | | | | | $          40.00 |
| Frank Ravitch, East Lansing, NY | 1 | $40.00 | | | | | $          40.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **TOTAL** | $          120.00 |

*Table title: WITNESS FEES (computation, see 28 U.S.C. § 1821 for statutory fees)*

# Sunil Kumar, et al. v. Dr. Jolene Koester
## Case Number: 2:22-cv-07550-RGK-MAA
## BILL OF COSTS (ITEMIZATION AND DOCUMENTATION)

| EXHIBIT NO. | INVOICE DATE | COST | AMOUNT |
|---|---|---|---|
| | | **L.R. 54-3.5 DEPOSITIONS** | |
| 1 | 8/17/2023 | Peterson Reporting, Invoice No. 461845: Certified Deposition Transcript for Deposition of Sunil Kumar, Ph.D. | $2,056.54 |
| 2 | 10/2/2023 | Magna Legal Services, Invoice No. 1152622: Certified Deposition Transcript for Deposition of Ajantha Subramanian | $1,361.50 |
| 3 | 9/30/2023 | Magna Legal Services, Invoice No. 1150188: Certified Deposition Transcript for Deposition of Camille Gear Rich | $1,108.70 |
| 4 | 8/18/2023 | Peterson Reporting, Invoice No. 461891: Certified Deposition Transcript for Deposition of Praveen Sinha, Ph.D. | $1,913.69 |
| 5 | 8/11/2023 | Magna Legal Services, Invoice No. 1119367: Certified Deposition Transcript for Deposition of Dr. Jolene Koester | $859.20 |
| | | **SUBTOTAL** | **$7,299.63** |
| | | | |
| | | **L.R. 54-3.10(g) CERTIFICATION, EXEMPLIFICATION AND REPRODUCTION OF DOCUMENTS** | |
| 6 | 9/7/2023 | Veritext, Invoice No. 6826988: Transcript of April 10, 2021 CSSA Board Meeting | $1,661.00 |
| 6 | 9/7/2023 | Veritext, Invoice No. 6826988: Transcript of Public Speakers – Jan. 25 | $972.50 |
| | | **SUBTOTAL** | **$2,633.50** |
| | | **L.R. 54-3.10(a) COSTS OF COPIES OF DOCUMENTS NECESSARILY FILED AND SERVED** | |
| 7 | 6/1/2023 | American Messenger Services, Invoice No. 1076060123 for service of mandatory courtesy copy of Notice of Motion and Request for Judicial Notice | $300.00 |
| | | **SUBTOTAL** | **$300.00** |
| | | **TOTAL** | **$10,233.13** |

Exhibit 1

# **Peterson** Reporting
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 461845 | 8/17/2023 | 287702 |

| Job Date | Case No. |
|---|---|
| 8/9/2023 | 2:22-cv-07550-RGK-MAA |

| Case Name |
|---|
| Sunil Kumar, Ph. D. v. Dr. Jolene Koester |

| Payment Terms |
|---|
| Due upon receipt |

Jeff P. Michalowski
Paul Plevin Quarles
101 West Broadway
Ninth Floor
San Diego CA  92101

Original and one certified transcript of the videotaped & techinical deposition:

| | | |
|---|---|---|
| Sunil Kumar, Ph.D. | 208.00  Pages | 1,420.64 |
| Fifth Day Expedite | | 852.80 |
| Hourly | 5.50  Hours | 275.00 |
| Production and Processing | 2.00 | 70.00 |
| Per Code | | 35.00 |
| Exhibit(s) | 22.00 | 11.00 |
| Color Exhibit(s) | 8.00 | 10.00 |
| Condensed Transcript | | 35.00 |
| Litigation Support Package | | 75.00 |
| Tabs | 10.00 | 5.00 |
| Archiving fee | | 20.00 |
| Remote Connection Fee | | 100.00 |

TOTAL DUE  >>>                    $2,909.44

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

**Tax ID:** 33-0684781                                                        Phone: 619-237-5200     Fax:

---

*Please detach bottom portion and return with payment.*

Jeff P. Michalowski
Paul Plevin Quarles
101 West Broadway
Ninth Floor
San Diego CA  92101

| | | |
|---|---|---|
| Invoice No. | : | 461845 |
| Invoice Date | : | 8/17/2023 |
| **Total Due** | : | **$2,909.44** |

| | | |
|---|---|---|
| Job No. | : | 287702 |
| BU ID | : | SD |
| Case No. | : | 2:22-cv-07550-RGK-MAA |
| Case Name | : | Sunil Kumar, Ph. D. v. Dr. Jolene Koester |

Remit To:  **Peterson Reporting Video & Litigation Services**
**530 B Street ,  Suite 350**
**San Diego CA  92101-4403**

# Exhibit 2

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1152622 | 10/2/2023 | 1035389 |

| Job Date | Case No. | |
|---|---|---|
| 9/25/2023 | 2:22-CV-07550-RGK-MAA | |

| Case Name | |
|---|---|
| Sunil Kumar, Ph. D., et al. v. Dr. Jolene Koester | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Elizabeth Bojorquez
Quarles & Brady
101 West Broadway
Ninth Floor
San Diego, CA 92101

1 CERTIFIED COPY OF TRANSCRIPT OF:

| Professor Ajantha Subramanian, Expert | 199.00 | Pages | @ | 5.700 | 1,134.30 |
|---|---|---|---|---|---|
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Exhibits - Scanned | 167.00 | | @ | 0.250 | 41.75 |
| Expert/Tech | 199.00 | Pages | @ | 0.500 | 99.50 |
| VC/Zoom pages (complimentary) | 199.00 | Pages | @ | 0.000 | 0.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| MLV Connect | 1.00 | Access | @ | 35.000 | 35.00 |
| **TOTAL DUE  >>>** | | | | | **$1,361.50** |

Location of Job   : VIRTUAL, NY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| **(-) Payments/Credits:** | 0.00 |
|---|---|
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Elizabeth Bojorquez
Quarles & Brady
101 West Broadway
Ninth Floor
San Diego, CA 92101

| | | | |
|---|---|---|---|
| Job No. | : 1035389 | BU ID | : California |
| Case No. | : 2:22-CV-07550-RGK-MAA | | |
| Case Name | : Sunil Kumar, Ph. D., et al. v. Dr. Jolene Koester | | |
| Invoice No. | : 1152622 | Invoice Date | : 10/2/2023 |
| **Total Due** | : **$1,361.50** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1152622 | 10/2/2023 | 1035389 |

| Job Date | Case No. | |
|---|---|---|
| 9/25/2023 | 2:22-CV-07550-RGK-MAA | |

| Case Name |
|---|
| Sunil Kumar, Ph. D., et al. v. Dr. Jolene Koester |

| Payment Terms |
|---|
| Due upon receipt |

Elizabeth Bojorquez
Quarles & Brady
101 West Broadway
Ninth Floor
San Diego, CA 92101

**(=) New Balance:**      **$1,361.50**

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Elizabeth Bojorquez
Quarles & Brady
101 West Broadway
Ninth Floor
San Diego, CA 92101

Job No.    : 1035389      BU ID     : California

Case No.    : 2:22-CV-07550-RGK-MAA

Case Name   : Sunil Kumar, Ph. D., et al. v. Dr. Jolene Koester

Invoice No.  : 1152622     Invoice Date : 10/2/2023

**Total Due**  : **$1,361.50**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:      Phone#: | | | |
| Billing Address: | | | |
| Zip:      Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   **Magna Legal Services LLC**
               **P.O. Box 822804**
               **Philadelphia, PA 19182-2804**

# Exhibit 3

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1150188 | 9/30/2023 | 1033526 |

| Job Date | Case No. |
|---|---|
| 9/20/2023 | 2:22-CV-07550-RGK-MAA |

| Case Name |
|---|
| Sunil Kumar, Ph. D., et al. v. Dr. Jolene Koester |

Matthew W. Burris
Quarles & Brady
101 West Broadway
Ninth Floor
San Diego, CA 92101

| Payment Terms |
|---|
| Due upon receipt |

1 CERTIFIED COPY OF TRANSCRIPT OF:

Professor Camille Gear Rich, Expert                                                    1,073.70

MLV Connect                           1.00  Access      @      35.000        35.00

**TOTAL DUE  >>>**                                                          **$1,108.70**

Location of Job   : VIRTUAL
                     REQUESTED, CA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Matthew W. Burris
Quarles & Brady
101 West Broadway
Ninth Floor
San Diego, CA 92101

| | | | |
|---|---|---|---|
| Job No. | : 1033526 | BU ID | : California |
| Case No. | : 2:22-CV-07550-RGK-MAA | | |
| Case Name | : Sunil Kumar, Ph. D., et al. v. Dr. Jolene Koester | | |
| Invoice No. | : 1150188 | Invoice Date | : 9/30/2023 |
| **Total Due** | **: $1,108.70** | | |

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

# Exhibit 4

# INVOICE

## Peterson Reporting
Nationwide Litigation

530 B Street Suite 350
San Diego, CA 92101
petersonreporting.com

800 649 6353 toll-free
619 260 1069 tel
619 688 1733 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 461891 | 8/18/2023 | 287736 |

| Job Date | Case No. |
|---|---|
| 8/11/2023 | 2:22-cv-07550-RGK-MAA |

| Case Name |
|---|
| Sunil Kumar, Ph. D. v. Dr. Jolene Koester |

| Payment Terms |
|---|
| Due upon receipt |

Jeff P. Michalowski
Paul Plevin Quarles
101 West Broadway
Ninth Floor
San Diego CA  92101

Original and one certified transcript of the videotaped & techinical deposition:

| | | |
|---|---|---|
| Praveen Sinha, Ph.D. | 193.00  Pages | 1,318.19 |
| Fifth Day Expedite | | 791.30 |
| Hourly | 4.75  Hours | 237.50 |
| Production and Processing | 2.00 | 70.00 |
| Per Code | | 35.00 |
| Exhibit(s) | 19.00 | 9.50 |
| Exhibit Book(s) | | 10.00 |
| Condensed Transcript | | 35.00 |
| Litigation Support Package | | 75.00 |
| Tabs | 7.00 | 3.50 |
| Archiving fee | | 20.00 |
| Remote Connection Fee | | 100.00 |
| | **TOTAL DUE  >>>** | **$2,704.99** |

Access your transcripts, invoices and more on our secure online repository by emailing calendar@petersonreporting.com for your username, password and link to your exclusive web page.

Thank you for calling Peterson Reporting!

**Tax ID:** 33-0684781                                                                                    Phone: 619-237-5200   Fax:

*Please detach bottom portion and return with payment.*

Jeff P. Michalowski
Paul Plevin Quarles
101 West Broadway
Ninth Floor
San Diego CA  92101

| | | |
|---|---|---|
| Invoice No. | : | 461891 |
| Invoice Date | : | 8/18/2023 |
| **Total Due** | : | **$2,704.99** |

| | | |
|---|---|---|
| Job No. | : | 287736 |
| BU ID | : | SD |
| Case No. | : | 2:22-cv-07550-RGK-MAA |
| Case Name | : | Sunil Kumar, Ph. D. v. Dr. Jolene Koester |

Remit To:  **Peterson Reporting Video & Litigation Services**
**530 B Street ,  Suite 350**
**San Diego CA  92101-4403**

# Exhibit 5

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1119367 | 8/11/2023 | 1008756 |

| Job Date | Case No. | |
|---|---|---|
| 8/4/2023 | 2:22-CV-07550-RGK-MAA | |

| Case Name |
|---|
| Sunil Kumar, Ph. D., et al. v. Dr. Jolene Koester |

| Payment Terms |
|---|
| Due upon receipt |

Jeffrey Michalowski
Quarles & Brady
101 West Broadway
Ninth Floor
San Diego, CA 92101

ONE CERTIFIED COPY OF: (EXPERT/TECH)

| Description | Qty | | Rate | Amount |
|---|---|---|---|---|
| Dr. Jolene Koester | 140.00 Pages | @ | 5.150 | 721.00 |
| 5-Day Expedited Delivery | | | | 432.60 |
| Exhibit Handling | 1.00 | @ | 5.950 | 5.95 |
| Exhibits - Scanned | 209.00 | @ | 0.250 | 52.25 |
| VC/Zoom pages (complimentary) | 140.00 Pages | @ | 0.000 | 0.00 |
| GoGreenScripts Lit Package | 1.00 | @ | 45.000 | 45.00 |
| MLV Connect | 1.00 Access | @ | 35.000 | 35.00 |
| | | **TOTAL DUE  >>>** | | **$1,291.80** |

Location of Job   : VIRTUAL, CA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Jeffrey Michalowski
Quarles & Brady
101 West Broadway
Ninth Floor
San Diego, CA 92101

Job No.      : 1008756      BU ID      : California
Case No.     : 2:22-CV-07550-RGK-MAA
Case Name    : Sunil Kumar, Ph. D., et al. v. Dr. Jolene Koester

Invoice No.  : 1119367      Invoice Date : 8/11/2023
**Total Due** : **$1,291.80**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

# I N V O I C E

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 215.207.9460  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1119367 | 8/11/2023 | 1008756 |

| Job Date | Case No. | |
|---|---|---|
| 8/4/2023 | 2:22-CV-07550-RGK-MAA | |

| Case Name |
|---|
| Sunil Kumar, Ph. D., et al. v. Dr. Jolene Koester |

| Payment Terms |
|---|
| Due upon receipt |

Jeffrey Michalowski
Quarles & Brady
101 West Broadway
Ninth Floor
San Diego, CA 92101

**(=) New Balance:**          **$1,291.80**

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Jeffrey Michalowski
Quarles & Brady
101 West Broadway
Ninth Floor
San Diego, CA 92101

Job No.      : 1008756          BU ID       : California

Case No.     : 2:22-CV-07550-RGK-MAA

Case Name  : Sunil Kumar, Ph. D., et al. v. Dr. Jolene Koester

Invoice No.  : 1119367          Invoice Date : 8/11/2023

**Total Due**  : **$1,291.80**

Remit To:  **Magna Legal Services LLC
P.O. Box 822804
Philadelphia, PA 19182-2804**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:                    Phone#: | | | |
| Billing Address: | | | |
| Zip:              Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# Exhibit 6

**Veritext, LLC**
**California Region**



**Bill To:** Paul Plevin Quarles of Quarles & Brady LLP
101 W Broadway
Suite 900
San Diego CA 92101

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Marie Vernon at 1-800-955-2421 or finance@veritext.com

| Statement Date: 9/9/2023 | | | | | | Total Balance Due: | | $8,140.00 |
|---|---|---|---|---|---|---|---|---|
| Invoice # | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged | Balance Due |
| 6826988 | 9/7/2023 | 6086528 | 8/30/2023 | Kumar, Sunil v Koesster, Jolene | Jeffrey P Michalowski | O | 2 | $8,140.00 |
| | | | | | | | Total: | $8,140.00 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $8,140.00 | $0.00 | $0.00 | $0.00 | $8,140.00 |

Please Remit Payment To: Veritext
P.O. Box 71303
Chicago IL 60694-1303

Page 1 of 1

Fed. Tax ID: 20-3132569

Visa, Mastercard & American Express Accepted

**TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.**

# Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-sd@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jeffrey P Michalowski | | Invoice #: | **6826988** |
|---|---|---|---|---|
| | Paul Plevin Quarles of Quarles & Brady LLP | | Invoice Date: | **9/7/2023** |
| | 101 W Broadway | | Balance Due: | **$8,140.00** |
| | Suite 900 | | | |
| | San Diego, CA, 92101 | | | |

| Case: Kumar, Sunil v. Koesster, Jolene (2:22cv07550RGKMAA) | Proceeding Type: Transcription |
|---|---|

Job #: 6086528   |   Job Date: 8/30/2023   |   Delivery: Expedited                        Third Party:

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Jeffrey P Michalowski |
| Scheduling Atty: | Jeffrey P Michalowski | Paul Plevin Quarles of Quarles & Brady LLP |

| Witness: April 10, 2021 CSSA Board Meeting | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 232.00 | $6.75 | $1,566.00 |
| Transcript Services - Priority Request | 232.00 | $4.75 | $1,102.00 |
| Litigation Package - Secure File Suite | 1.00 | $60.00 | $60.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |

| Witness: MP4 (PLTF000341) | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Priority Request | 12.00 | $4.75 | $57.00 |
| Minimum Charge for Transcript Services | 1.00 | $395.00 | $395.00 |
| Litigation Package - Secure File Suite | 1.00 | $60.00 | $60.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |

| Witness: MP4 (PLTF000342) | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Priority Request | 10.00 | $4.75 | $47.50 |
| Minimum Charge for Transcript Services | 1.00 | $395.00 | $395.00 |
| Litigation Package - Secure File Suite | 1.00 | $60.00 | $60.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6826988
**Invoice Date:** 9/7/2023
**Balance Due:** $8,140.00

Pay by Credit Card: www.veritext.com

B420230909

## Veritext, LLC - California Region
Tel. 877-955-3855 Email: calendar-sd@veritext.com
Fed. Tax ID: 20-3132569



| Witness: MP4 (PLTF000343) | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Priority Request | 11.00 | $4.75 | $52.25 |
| Minimum Charge for Transcript Services | 1.00 | $395.00 | $395.00 |
| Litigation Package - Secure File Suite | 1.00 | $60.00 | $60.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| **Witness: MP4 (PLTF000345)** | **Quantity** | **Price** | **Amount** |
| Transcript Services - Priority Request | 41.00 | $4.75 | $194.75 |
| Minimum Charge for Transcript Services | 1.00 | $395.00 | $395.00 |
| Litigation Package - Secure File Suite | 1.00 | $60.00 | $60.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| **Witness: MP4 (PLTF000346)** | **Quantity** | **Price** | **Amount** |
| Transcript Services - Original Transcript(s) | 117.00 | $6.75 | $789.75 |
| Transcript Services - Priority Request | 117.00 | $4.75 | $555.75 |
| Litigation Package - Secure File Suite | 1.00 | $60.00 | $60.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| **Witness: Public Speakers - Jan 25, 2022** | **Quantity** | **Price** | **Amount** |
| Transcript Services - Original Transcript(s) | 130.00 | $6.75 | $877.50 |
| Transcript Services - Priority Request | 130.00 | $4.75 | $617.50 |
| Litigation Package - Secure File Suite | 1.00 | $60.00 | $60.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| | **Quantity** | **Price** | **Amount** |
| Hosting & Delivery of Encrypted Files | 1.00 | $35.00 | $35.00 |

Notes:

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 6826988
**Invoice Date:** 9/7/2023
**Balance Due:** $8,140.00

B420230909

158292

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sd@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---:|
| **Invoice Total:** | **$8,140.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$8,140.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 6826988**
**Invoice Date: 9/7/2023**
**Balance Due: $8,140.00**

Pay by Credit Card: www.veritext.com

B420230909

158292

# Exhibit 7



**AMERICAN MESSENGER SERVICES, INC.**
**LEGAL COURIER & ATTORNEY SERVICE**
3330 Market Street, Suite C • San Diego, CA 92102
Phone 1-866-444-0891 • INFO@AMSUNITED.COM

**Paul, Plevin, Quarles**
**101 West Broadway, Ninth Floor**
**San Diego, CA 92101**

Tax ID#: 37-1458039

Page: 2

| Invoice #: 1076060123 | Invoice Date: 06/01/2023 | Amount Due: $ | $1,115.00 | |
|---|---|---|---|---|
| Job# | Svc Type | Description | Sub-Total | Total |

| Job# | Svc Type | Description | | | Sub-Total | Total |
|---|---|---|---|---|---|---|
| 595026 19-May | Fax/PDF De | Caller: **Mark C. Rachel** | Ref: **Kumar, Ph. D., vs. Koester** | Base: | $300.00 | |
| | | Paul, Plevin, Quarles | Honorable R. Gary Klausner | Return: | $0.00 | |
| | | 101 West Broadway | 255 East Temple Street | Wait: | $0.00 | |
| | | San Diego, CA | Los Angeles, CA | Weight: | $0.00 | |
| | | Description: Courtesy Copy - 674 Pgs/30 Pgs | | Chk Crg: | $0.00 | |
| | | Sign/Time: Delivered | 12:55 PM | Fee Adv.: | $0.00 | $300.00 |
| | | Documents: Notice of Motion; Request for Judicial Notice; [Proposed] Order | | | | |
| | | Case Info: 2:22-cv-07550-RGK-MAA   SUNIL KUMAR, Ph. D.,  vs. DR. JOLENE KOESTER | | | | |
| | | | | Total: | $1,115.00 | |

Client agrees to pay the balance of this invoice, including all fees, expenses and sales tax UPON RECEIPT of this invoice by mail or email. Account balances 10 days or more PAST DUE are subject to a service charge of 1.5% per month (18% APR)