# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF [CENTRAL DISTRICT OF CALIFORNIA]

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-07550-RGK-MAA

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 10/17/2022

Date of judgment or order you are appealing: 11/30/2023

Docket entry number of judgment or order you are appealing: 102; 125; 127

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Sunil Kumar, Ph. D.
Praveen Sinha Ph. D.

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number? _____

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If yes, what is the prior appeal case number? _____

Your mailing address (if pro se):

_____

_____

City: _____   State: _____   Zip Code: _____

Prisoner Inmate or A Number (if applicable): _____

Signature: /s/ John Shaeffer      Date: 12/12/23

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Sunil Kumar, Ph. D.
> Praveen Sinha Ph. D.

Name(s) of counsel (if any):

> John J. Shaeffer

Address: 10250 Constellation Blvd., Suite 900, Los Angeles, CA 90067

Telephone number(s): 310.598.4150

Email(s): jshaeffer@foxrothschild.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Dr. Jolene Koester, in her official capacity as Chancellor of California State University

Name(s) of counsel (if any):

> Jeffrey P. Michalowski
> Matthew W. Burris

Address: 101 West Broadway, Ninth Cloor, San Diego, CA 92101-8285

Telephone number(s): 619-237-5200

Email(s): jeff.michalowski@quarles.com; matt.burris@quarles.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                              2                                           *New 12/01/2018*