Jeffrey P. Michalowski (SBN 248073)
Matthew W. Burris (SBN 325569)
Quarles & Brady LLP
101 West Broadway, Suite 900
San Diego, CA 92101
Ph: 619-237-5200
Email: matthew.burris@quarles.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL KUMAR, Ph.D., PRAVEEN SINHA, Ph.D. | CASE NUMBER |
| | 2:22-cv-07550-RGK-MAA |
| v.                                        PLAINTIFF(S), | |
| DR. JOLENE KOESTER | **APPLICATION TO THE CLERK TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov.  See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov court-procedures filing-procedures bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Dr. Jolene Koester |
| Judgment entered on: | November 30, 2023 |  Docket #: | 127 |
| Names of party(ies) against whom judgment was entered: | Sunil Kumar, Ph.D., Praveen Sinha, Ph.D. |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: December 6, 2023

Signature: /s/ Matthew W. Burris

Name: Matthew W. Burris

☒ Attorney of Record for    Defendant Dr. Jolene Koester

| COURT USE ONLY |
|---|
| ☒ Application GRANTED in whole/part; costs are taxed in the amount of $  9,828.63 |
| ☐ Application DENIED because:    ☐ Not timely filed (L.R. 54-2.1). |
| ☐ Insufficient supporting documentation provided (L.R. 54-2.1). |
| ☐ Filer is not prevailing party (L.R. 54-1). |
| Date: January 16, 2024    **Kiry K. Gray, District Court Executive/Clerk of Court** |
| By: Deputy Clerk |

**Case Title:** Kumar, et al. v. Koester ; **Case No:** 2:22-cv-07550-RGK-MAA

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | (Shaded columns for Court use only.) | | |
| 1 | | \$0.00 | *L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* N/A | | | | |
| 2 | | \$0.00 | *L.R. 54-3.2 Fees for Service of Process* N/A | | | | |
| 3 | | \$0.00 | *L.R. 54-3.3 United States Marshal's Fees* | | | | |
| 4 | | \$0.00 | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | |
| 5 | | \$7,299.63 | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* See Exh. 1-5. | \$6,895.13 | \$404.50 | D | Any tech or virtual depo related costs not allowed. |
| 6 | | \$120.00 | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* See Witness Chart. | | | | |
| 7 | | \$0.00 | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* N/A | | | | |
| 8 | | \$0.00 | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* N/A | | | | |
| 9 | | \$0.00 | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* N/A | | | | |
| 10 | | | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | |
| | (a) | \$300.00 | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* See Exhibit 7. | | | | |
| | (b) | \$0.00 | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* N/A | | | | |
| | (c) | \$0.00 | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* N/A | | | | |
| | (d) | \$0.00 | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* N/A | | | | |
| | (e) | \$0.00 | *L.R. 54-3.10(e): "Notary fees" of taxable documents* N/A | | | | |
| | (f) | \$0.00 | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* N/A | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | $2,633.50 | (See Exhibit 6) | | | | |
| 11 | | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | | |
| | | $0.00 | N/A | | | | |
| 12 | | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | | $0.00 | N/A | | | | |
| 13 | | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | | $0.00 | N/A | | | | |
| 14 | | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | | $0.00 | N/A | | | | |
| 15 | | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | | |
| | | $0.00 | N/A | | | | |
| TOTAL | | $10,233.13 | | $ 9,828.63 | $ 404.50 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** Kumar, et al. v. Koester     ; **Case No:** 2:22-cv-07550-RGK-MAA

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees.

.

| NAME, CITY AND STATE | ATTENDANCE Days | Total Cost | SUBSISTENCE Days | Total Cost | MILEAGE Miles | Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)** | | | | | | | |
| Ajantha Subramanian, New York, NY | 1 | $40.00 | | | | | $          40.00 |
| Camille Rich, Los Angeles, CA | 1 | $40.00 | | | | | $          40.00 |
| Frank Ravitch, East Lansing, NY | 1 | $40.00 | | | | | $          40.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | **TOTAL** | $          120.00 |