# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUNIL KUMAR, Ph. D., PRAVEEN SINHA, Ph. D., <br><br> Plaintiffs, <br><br> v. <br><br> DR. JOLENE KOESTER, in her official capacity as Chancellor of California State University, <br><br> Defendant. | Case No. 2:22-cv-07550-RGK-MAA <br><br> **FINAL JUDGMENT IN FAVOR OF DEFENDANT** <br><br> Judge:      R. Gary Klausner <br> Trial Date:  October 24, 2023 |

In accordance with the Opinion issued by the Ninth Circuit Court of Appeals (ECF No. 134), and this Court's Order Re: Mandate of Ninth Circuit Court of Appeals dated April 10, 2025 (ECF No. 136),

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Judgment is entered in favor of Defendant Dr. Jolene Koester, in her official capacity as Chancellor of California State University, and against Plaintiffs Sunil Kumar, Ph.D. and Praveen Sinha, Ph.D., on all of Plaintiffs' claims, without prejudice.

2. Plaintiffs shall take nothing by way of the First Amended Complaint.

3. Defendant is the prevailing party in this action.

4. Defendant may file an application to tax costs with this Court in accordance with the Local Rules.

DATED:  April 18, 2025

_____
Hon. R. Gary Klausner
United States District Judge

Presented By:

By:     /s/ Adrielli Ferrer
RICHARD A. PAUL
JEFFREY P. MICHALOWSKI
MATTHEW W. BURRIS
ADRIELLI FERRER
Attorneys for Dr. Jolene Koester